UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| DESHAWN GERVIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 1:21-CV-67-LAG |
| PAMELA FLORENCE, et al., | ) ) ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants Pamela Florence, Hoke Hampton, and Tandria Milton, pursuant to Federal Rule of Civil Procedure 56, move this Court to enter summary judgment in their favor. In support of this motion, Defendants submit a brief and the following evidence:

Deposition of Plaintiff

Deposition of Defendant Florence

Florence deposition exhibit 1: Post profile

Florence deposition exhibit 5: Affidavit and warrant for Arrest

Deposition of Defendant Hampton

Hampton deposition exhibit 13: Affidavit requesting tolling of sentence

Deposition of Defendant Milton

Milton deposition exhibit 14: Petition for modification/revocation of probation

Plea hearing transcript

Revocation hearing transcript

Final disposition form

        Respectfully submitted this 16th day of May, 2022.

        CHRISTOPHER M. CARR 551540
        Attorney General

        KATHLEEN M. PACIOUS 558555
        Deputy Attorney General

        SUSAN E. TEASTER 701415
        Senior Assistant Attorney General

        */s/ Laura L. Lones*
        LAURA L. LONES 456778
        Senior Assistant Attorney General

        Attorneys for Defendants

Please Serve:
LAURA L. LONES
Department of Law, State of Georgia
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
Telephone: (470) 355-2765
Facsimile:  (404) 651-5304
E-mail: llones@law.ga.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This 16th day of May, 2022.

*/s/ Laura L. Lones*
Senior Assistant Attorney General