# In The Matter Of:

*Dashawn Gervin vs.*
*Pamela Florence, et al.*

*Dashawn Gervin*
*April 12, 2022*

*LYON REPORTING, INC.*
*Certified Court Reporters*
*P.O. Box 81124*
*Atlanta, Georgia 30366*
*770/458-5500    800/767-2030*

Original File Dashawn Gervin - 4-12-22.txt
**Min-U-Script® with Word Index**

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF GEORGIA
 2                    ALBANY DIVISION

 3
    DASHAWN GERVIN,            )
 4                             )
              Plaintiff,       )  CIVIL ACTION FILE
 5                             )
        vs.                    )  NO. 1:21-cv-00067-LAG
 6                             )
    PAMELA FLORENCE, HOKE      )
 7  HAMPTON, and TANDRIA       )
    MILTON, in their           )
 8  individual capacities,     )
                               )
 9            Defendants.      )
    _ _ _ _ _ _ _ _ _ _ _ _ _ _)
10

11
              DEPOSITION OF DASHAWN GERVIN
12
             (conducted remotely via Zoom)
13
                    April 12, 2022
14
                     11:21 a.m.
15

16

17

18
      Sarah M. Bentley, RPR, CCR-B-1745 (via Zoom)
19

20

21

22

23              LYON REPORTING, INC.
                Certified Court Reporters
24       P.O. Box 81124, Atlanta, Georgia 30366
              770/458-5500  800/767-2030
25              www.lyonreporting.com
```

Page 2

```
 1                 A P P E A R A N C E S
 2
 3  For the Plaintiff:
 4       ZACK W. GREENAMYER, ESQ.  (via Zoom)
         Mitchell & Shapiro, LLP
 5       Suite 650
         3490 Piedmont Road
 6       Atlanta, Georgia  30305
         (404) 997-8972
 7       zack@mitchellshapiro.com
 8
 9
10
11  For the Defendants:
12       LAURA L. LONES, ESQ.  (via Zoom)
         Assistant Attorney General
13       Georgia Office of the Attorney General
         40 Capitol Square, S.W.
14       Atlanta, Georgia  30334-9057
         (404) 656-6710
15       llones@law.ga.gov
16
17
18
19  Also Present:
20       Frank Lemmon, Videographer
         (Mitchell & Shapiro, LLP)
21
22
23
24
25
```

Page 3

```
 1                      I N D E X
 2
 3  EXAMINATION OF DASHAWN GERVIN              PAGE
 4     By Ms. Lones                              4
 5

15             (No exhibits were marked.)

22                   *     *     *
```

Page 4

```
 1                   P R O C E E D I N G S
 2
 3
 4       MS. LONES: Thank you for being here,
 5  Mr. Gervin. I'll try not to take up too much of
 6  your time.
 7       Let's go ahead and get the video started.
 8       MR. LEMMON: On the video record at
 9  11:21.
10       MS. LONES: Let's go ahead and swear
11  Mr. Gervin in.
12            DASHAWN GERVIN,
13  having been first duly sworn to state the truth, was
14  examined and testified as follows:
15                 EXAMINATION
16  BY MS. LONES:
17       Q.   Mr. Gervin, do you understand that this
18  oath that you just took carries with it the same
19  obligation to tell the truth as an oath that you would
20  take before a judge and a jury in a courtroom?
21       A.   Yes, ma'am.
22       Q.   Do you have any physical or mental
23  problems that would affect your ability to honestly
24  answer my questions?
25       A.   No, ma'am.
```

Case 1:21-cv-00067-LAG     Document 15-3     Filed 05/16/22     Page 3 of 14

Dashawn Gervin vs.                                                                    Dashawn Gervin
Pamela Florence, et al.                                                               April 12, 2022

Page 5

1  Q.   Are you taking any medications that would
2  affect your ability to tell the truth or understand my
3  questions?
4  A.   No, ma'am.
5  Q.   Is there anything that would affect your
6  ability to testify fully and honestly?
7  A.   No, ma'am.
8  Q.   All right. Mr. Gervin, my name is Laura
9  Lones. I represent the defendants in your lawsuit.
10 I'm going to be asking you some questions, mostly
11 about what occurred that's related to the lawsuit but
12 also to get a little background information about you.
13 A.   Okay.
14 Q.   If you don't understand my questions,
15 please let me know, and I will try to repeat it or
16 rephrase it so that you do understand.
17 A.   Okay.
18 Q.   If you answer a question, I'm going to
19 assume that you understood it. Okay?
20 A.   Okay.
21 Q.   And you're being very good so far in
22 answering out loud and using words like "Okay" and
23 "Yes" and "No". I'm going to ask that you continue to
24 do that and not shake your head or say things like
25 "Uh-Huh" (affirmative) or "Uh-Uh" (negative) because

Page 6

1  that's very hard for our court reporter to get down,
2  and we want to make sure that we have an accurate
3  record. Okay?
4  A.   I understand.
5  Q.   Will you please state your full name for
6  the record?
7  A.   Dashawn Terrell Gervin.
8  Q.   Have you ever used any other names?
9  A.   No, ma'am.
10 Q.   Have you ever had your deposition taken
11 before?
12 A.   No, ma'am.
13 Q.   What is your age?
14 A.   I'm 28 years old.
15 Q.   And what is your date of birth?
16 A.   [redacted]
17 Q.   Have you ever been married?
18 A.   No, ma'am.
19 Q.   Do you have any children?
20 A.   No, ma'am.
21 Q.   What are your parents' names?
22 A.   Sherry Moore and Kevin McCall.
23 Q.   Where do they live?
24 A.   Sherry Moore --
25 Q.   Are they still alive? I guess I should

Page 7

1  start with that.
2  A.   Yes, they're both alive. They're both
3  alive, to my knowledge. Sherry Moore lives in Garner,
4  I think. And Kevin McCall, I'm not sure where he
5  lives.
6  Q.   Do you have any brothers or sisters?
7  A.   I have one, two, three biological
8  sisters, one of which is on my father's side, two of
9  which are on my mother's side and older.
10       I have three, I believe, brothers, all of
11 which are on my father's side, but I don't have any
12 brothers on my mother's side.
13 Q.   Do any of them live in, say the Southwest
14 Georgia area?
15 A.   Not anymore.
16 Q.   Okay.
17 A.   We've all long, long departed Georgia.
18 Q.   Okay. Have you graduated from high
19 school?
20 A.   I did. I received an online diploma from
21 Southeastern High School in Miramar, Florida.
22 Q.   Do you have any education beyond high
23 school?
24 A.   I do not.
25 Q.   Since you left school what is your work

Page 8

1  history?
2  A.   I have been -- I've had a few stints of
3  unemployment, but for the most part since finishing
4  school with the exception of incarcerations I've
5  pretty much been employed for most of the time.
6  Q.   All right. And what sort of work did you
7  do?
8  A.   I have worked in restaurants, done
9  everything from dishwashing to serving and being the
10 host. I've also delivered furniture for several
11 companies. I've done landscaping. That's about it.
12 Q.   Are you employed right now?
13 A.   No, I am not. I just relocated back to
14 North Carolina from Orlando, Florida.
15 Q.   And what kind of -- are you looking for
16 work right now?
17 A.   Yes, I am.
18 Q.   What kind of work are you looking for?
19 A.   Preferably delivering furniture.
20 Q.   What part of North Carolina are you
21 living in now?
22 A.   Durham.
23 Q.   How did you come to be in Mitchell
24 County, Georgia, in 2011?
25 A.   2011, my grandmother was still down there

Page 9

1  living, and I had gone back home to kind of see her
2  and spend time with her. But at the time me and an
3  aunt were at odds or having a disagreement and at the
4  time she had ownership over my grandmother's house, so
5  I didn't find out I wasn't able to live there until I
6  actually got there.
7      Q.    Okay. When did you arrive?
8      A.    I'm not sure.
9      Q.    Okay. It's been a while.
10          Where did you stay if you were not able
11 to stay at your grandmother's?
12     A.    Well, for a while an old friend of the
13 family allowed me to stay in a trailer on one of their
14 properties, but then I believe the trailer was rented
15 out, or so I was told, and I could no longer stay
16 there.
17     Q.    Okay. And what happened then?
18     A.    I guess in a desperation to kind of find
19 some way to lay my head and generate some finances for
20 myself I made a decision without thinking, and I broke
21 into an establishment.
22     Q.    And that resulted in you being charged
23 with criminal intent to commit burglary?
24     A.    Yes, ma'am.
25     Q.    All right. And I believe in January of

Page 10

1  2012 you pled guilty to that charge; is that correct?
2      A.    Yes, ma'am.
3      Q.    And is it -- to the best of your
4  recollection were you sentenced to one year in jail
5  and then nine years on probation?
6      A.    Yes, ma'am.
7      Q.    Were there any conditions attached to
8  your probation?
9      A.    There was only one, to my knowledge.
10     Q.    What was that?
11     A.    To not return to the Southern Georgia --
12 the Southern Georgia Judicial Circuit while on
13 probation.
14     Q.    Were you then released on January 20th,
15 2012, released from jail?
16     A.    I'm not sure, but that date sounds close
17 to being right.
18     Q.    Okay. So you get out of jail sometime
19 around that time. What did you understand about how
20 your probation was to be served?
21     A.    Well, to my understanding it was to be
22 unsupervised, and I was to get out of Mitchell County
23 and the jurisdiction as fast as possible.
24     Q.    Okay. And were you -- when you were -- I
25 should have asked you this already.

Page 11

1          When you were in jail were you always in
2  the Mitchell County Jail?
3      A.    For the -- for that charge?
4      Q.    For the burglary charge. For the
5  burglary charge.
6      A.    Yes. Yes, I was always in Mitchell
7  County Jail.
8      Q.    As far as your probation goes, to the
9  best of your knowledge were you obligated to contact
10 anyone about your probation?
11     A.    To the best of my knowledge, no. I
12 wasn't even given anyone's number to contact.
13     Q.    Okay.
14     A.    As a matter of fact, Judge Cato ordered a
15 sheriff to escort me to the Greyhound station in
16 Albany and was ordered to stay there with me and watch
17 me get on the bus and wait until the bus pulls off
18 before he leaves.
19     Q.    Okay, so you kind of anticipated what my
20 next question was. You get out of jail. Tell me what
21 happens.
22     A.    Okay, I get out of jail and, as I said,
23 there's a sheriff's car waiting on me as I'm pulled
24 out of the housing unit of Mitchell County Jail. And
25 I'm dressed out, changed back into the clothes that I

Page 12

1  was incarcerated in and put in full restraints,
2  meaning waist chain, handcuffs and shackles, and
3  placed in the back of a sheriff's car.
4          I was then driven to Albany, Georgia, and
5  pulled out of the car. He took the restraints off of
6  me and escorted me, gave me a physical escort into the
7  Greyhound station, stood beside me as I got my ticket
8  and sat beside me until -- the entire time until the
9  bus came, and I got on the bus.
10     Q.    Okay. Did you have any discussion with
11 him about probation or how that was supposed to
12 operate other than you getting out of town?
13     A.    No, ma'am.
14     Q.    Do you remember who this officer was?
15     A.    I do not.
16     Q.    So you get on the bus. Where do you go?
17     A.    My father had sent a ticket for me to go
18 to Missouri.
19     Q.    Why Missouri?
20     A.    Because that's where he was.
21     Q.    Okay. How long did you stay in Missouri?
22     A.    I don't remember.
23     Q.    I see that at some point after that, and
24 maybe not too long after that you ended up in Wake
25 County, North Carolina?

Page 13

1  A.  Yes.
2  Q.  How did you get there?
3  A.  Well, me and my father, I guess that was
4  really like our first time, or should I say our second
5  time being around each other my entire life.  So we
6  didn't agree on some things and I ended up leaving,
7  and I --
8  Q.  Okay.
9  A.  -- came back to Wake County.
10 Q.  Why did you pick Wake County?
11 A.  Because it's something that I was
12 familiar with.  I was in Wake County -- well, I spent
13 most of my teenage years in Wake County.
14 Q.  But Wake County is Raleigh, right?
15 A.  Yes.
16 Q.  Okay.  Do you remember when you went --
17 A.  I do not.
18 Q.  -- to Wake?  Okay.
19     After you left Mitchell County, Georgia,
20 you went to Missouri for a while, you went to North
21 Carolina.  Is there anyplace else that you lived?
22     It sounded like you spent some time in
23 Orlando?
24 A.  Yes.  I only spent a month in Orlando.  I
25 initially went down there to go to school, but they

Page 14

1  told me that they didn't accept my high school diploma
2  so I have to go back and get my GED.
3  Q.  Okay.  Are you working on that now?
4  A.  Yes, I am.
5  Q.  Okay.  What school were you attending or
6  planning to attend in Orlando?
7  A.  Full Sail University.
8  Q.  And what are you planning to study?
9  A.  Music design and programming, as well as
10 kind of get into the music production and engineering
11 courses that they have down there.
12 Q.  There's a lot of that business in
13 Orlando, so good luck to you.
14 A.  It turns out Orlando is not for me right
15 now.
16 Q.  Gotch you.  Now, you've had some trouble
17 with the law in North Carolina, correct?
18 A.  Correct.
19 Q.  I believe in 2013 you were convicted of
20 breaking and entering and larceny?
21 A.  Yes.
22 Q.  All right.  And were you incarcerated on
23 that charge from August 15th, 2012, to March 16, 2013?
24 A.  That sounds correct, although I'm not
25 entirely sure on the days, but that sounds correct.

Page 15

1  Q.  I'll tell you I got that from the North
2  Carolina Corrections website.
3  A.  Okay.
4  Q.  Were you convicted of robbery in 2015?
5  A.  I was.
6  Q.  Were you convicted of kidnapping in 2017?
7  A.  No.  I was convicted of the robbery and
8  the kidnapping in the same time.
9  Q.  Okay.  Okay, because it does look like
10 you served those sentences together?
11 A.  Yes.
12 Q.  And you were released in December of
13 2018?
14 A.  Correct.
15 Q.  Have you been convicted of any charges
16 since that time?
17 A.  Since 2018?  No.
18 Q.  Other than the arrest that is related to
19 this lawsuit, have you been arrested on any charges
20 since that time?
21 A.  No.  No.
22     Well, I have been arrested for a parole
23 violation, but it was dismissed and I was reinstated.
24 Q.  Is that connected with this lawsuit, or
25 was there one from North Carolina as well?

Page 16

1  A.  It was in North Carolina.
2  Q.  Okay.  Now, my understanding is that you
3  were arrested on April 26th, 2019, in Wake County
4  related to a Georgia probation violation?
5  A.  Correct.
6  Q.  Alleged violation, correct?  Can you tell
7  me what occurred that day?
8  A.  Okay.  So I was riding with a friend.  We
9  were job hunting, actually, in a town called
10 Fuquay-Varina out here in Wake County, North Carolina,
11 and we got pulled over.  I was unaware that he didn't
12 have his license, but it turns out he didn't have his
13 license.  The officer asked for both of our IDs.  So I
14 proceeded to give the officer my ID.
15     He goes to the car.  He comes back.  He
16 comes to my side of the car and tells me that he needs
17 me to step out and that he has a warrant for my arrest
18 from the State of Georgia in 2012.
19 Q.  And what happens after that?
20 A.  After that, I mean, the processing of, I
21 guess me being processed into jail here in Wake County
22 was kind of a blur because I was, I guess stunned and
23 shocked and confused.  But I was incarcerated up here
24 in Wake County for a while.  I don't remember exactly
25 how long, and then I was extradited to Georgia.

Page 17

1  I was transported by Georgia Department
2  of Corrections in full restraints in the back of a
3  truck for ten hours all the way to Georgia. I was
4  then processed in Georgia and placed inside the
5  housing unit.
6      Q.   Okay. Were you at the Mitchell County
7  Jail again, or were you somewhere else?
8      A.   I was at the Mitchell County Jail again.
9      Q.   Did you have a hearing on the allegations
10 of probation violations on August 7th, 2019?
11     A.   That sounds correct, although I don't
12 understand what you mean by a hearing.
13     Q.   Okay. Did you go -- were you --
14     A.   To court?
15     Q.   Yes.
16     A.   Yes, that sounds -- that sounds right.
17     Q.   There was a judge and a prosecutor and a
18 public defender, and they discussed what you had or
19 hadn't done that might have constituted a probation
20 violation?
21     A.   Well, as far as my actual hearing, I walk
22 into the courtroom and the judge is looking around and
23 she has to ask the -- I believe she has to ask someone
24 else where were the transcripts to my initial
25 sentences, since this is a probation violation.

Page 18

1      Q.   Right.
2      A.   And she didn't -- she didn't have -- she
3  didn't have them in front of her and nobody knew where
4  they were, so she proceeded as far as she could, I
5  believe. She asked what the situation was, the
6  probation I guess people, for lack of a better word.
7      They said their side and said that I was
8  in violation for absconding, and I believe it's
9  General Condition 4 and General Condition 6, which is
10 failure to report and absconding on my probation. And
11 the judge basically says that she really can't do
12 anything about -- like she -- I forget her exact
13 words, but she reinstated my probation and told me I
14 was free to go.
15     Q.   Okay.
16     A.   And I asked -- I asked about possible
17 transportation back to Wake County where I was picked
18 up from, and I was denied.
19     Q.   Okay. Now you got released that day?
20     A.   Yes, same day.
21     Q.   Okay. Had you been in jail somewhere
22 continuously since you had been arrested in Wake
23 County with the traffic stop?
24     A.   Yes, I was held the full time until
25 Georgia came and got me.

Page 19

1      Q.   Okay. So what happened after you were
2  released and you don't have a ride back to North
3  Carolina?
4      A.   Well, I walked. I'm not really sure
5  where to go at this point. I'm not really sure who to
6  go to because I no longer have family down here in
7  Georgia. This is 2019. My grandmother who lived down
8  there for most of my life had passed away in 2016.
9      So I'm homeless, and truth be told I was
10 homeless when they picked me up in Wake County, but
11 now I'm homeless in Georgia and I know I'm not
12 supposed to be down here.
13     Q.   Right, because you're still banished
14 from --
15     A.   Yes. Yes, I'm still banished and I'm
16 still on probation, and I have to figure out a way out
17 of not only just Camilla where the correction center
18 is located but I have to figure out a way out of the
19 entire jurisdiction.
20     Q.   Okay. How did you figure that out?
21     A.   I went to -- went to Albany and to the
22 Greyhound station and just kept trying to tell people
23 my story and kind of tell them what happened, and
24 finally someone was nice enough to get me a ticket
25 back home.

Page 20

1      Q.   That would be North Carolina?
2      A.   I'm sorry?
3      Q.   Home meaning North Carolina?
4      A.   Yes, back to North Carolina, yes.
5      Q.   Okay. Before you left town, before you
6  left Mitchell County did you meet with anyone from the
7  Department of Community Supervision?
8      A.   No. I wasn't instructed to.
9      Q.   Okay.
10     A.   Well, no, no. Yes, I did. Yes, I did.
11 Yes, I did. I'm sorry, I'm sorry, I'm so sorry. It
12 happened in such a blur.
13     Q.   I understand.
14     A.   I forget her name, but I did have to go
15 next door and sign some papers. Well, sort of down
16 the street and sign some papers, yes.
17     Q.   Okay.
18     A.   And then I walked.
19     Q.   And then you left town, okay.
20     A.   Yes.
21     Q.   Are you currently on probation now?
22     A.   No.
23     Q.   Did your probation from Mitchell County
24 end in January of 2021?
25     A.   I'm not sure exactly when it ended, but

Page 21

1  I'm --
2  Q.  Okay.
3  A.  I'm certain that it should be up.
4  Q.  Okay. To the best of your knowledge
5  you're not on probation now?
6  A.  To the best of my knowledge I'm not on
7  probation anywhere.
8  Q.  And to the best of your knowledge your
9  probation in Mitchell County ended nine years after
10 you got out of jail down there the first time?
11 A.  To the best of my knowledge.
12 Q.  Okay. Have you ever met with Pamela
13 Florence?
14 A.  Pamela Florence. The name sounds
15 familiar. I've definitely heard the name before, and
16 I can't place a face to her.
17 Q.  Okay. Fair enough.
18 A.  But that could have been the lady that I
19 met to go sign the papers, I think.
20 Q.  Okay.
21 A.  That could have been.
22 Q.  Could the person that you met to sign the
23 papers been someone named Tandria Milton?
24 A.  No, it was not Ms. Tandria Milton. It
25 was not her.

Page 22

1  Q.  Okay, and how are you certain about that?
2  A.  Because Ms. Tandria Milton turned out to
3  be my current probation officer when I was arrested on
4  the violation. So I -- I had seen her in court.
5  Q.  Okay. Okay. Have you ever met Hoke
6  Hampton?
7  A.  Never.
8  Q.  Okay. Now I want to talk to you briefly
9  about any harms you may have suffered as a result of
10 your being arrested on the probation warrant.
11      Obviously you spent, I think your
12 complaint says 104 days in jail?
13 A.  Yes, ma'am.
14 Q.  I didn't realize that may be the central
15 part of the harm you suffered, but other than that are
16 there any harms that you suffered as a result of that
17 arrest?
18 A.  Well, I have gone to certain interviews
19 with certain companies and they were able to pull up
20 that I was incarcerated in 2019, and I was denied
21 employment. It wasn't said for that reason, but they
22 said it was due to my background.
23 Q.  Okay. Did they distinguish between that
24 particular incarceration as opposed to the various
25 convictions that you have on your record?

Page 23

1  A.  No. They said -- they specifically said
2  in 2019.
3  Q.  And can you identify which companies
4  these were that denied your employment?
5  A.  I cannot. I have honestly filled out so
6  many applications to so many companies it's -- I
7  probably couldn't tell you the last four.
8  Q.  I understand. Other than these jobs that
9  you were denied on the basis of your background, are
10 there any other harms that you have suffered as a
11 result of this arrest?
12 A.  I mean, of course, there's -- of course,
13 there's mental and emotional damages. We're trying to
14 figure out where to go from -- like where to go from
15 here. I just got released from jail from something
16 that I didn't do, and now I'm not supposed to be here
17 and I'm homeless.
18      It's nerve racking, honestly, and just
19 wondering whether this police car that's driving down
20 the road as I'm walking is going to pull over and
21 arrest me and lock me back up for not being -- not
22 supposed to be down here.
23 Q.  Even though you were trying to get out?
24 A.  Yeah, even though I'm trying to leave.
25 Like honestly I was terrified. Like I -- I couldn't

Page 24

1  even explain it. And trying to -- I guess the -- I
2  don't know, trying to -- I honestly didn't eat until I
3  left -- until I was at the next Greyhound station stop
4  in Atlanta, is when I actually stopped and realized
5  like, hey, I haven't eaten all day.
6  Q.  Okay.
7  A.  But it was tough. It was really hard
8  trying to just figure out like, okay, I was homeless
9  before and now I'm homeless now, and at the time I was
10 on parole up here. So I could have gotten violated.
11 I could have gotten pulled over and violated down
12 there on my way out, and I could have gotten pulled
13 over and violated on my way in. So that was -- that
14 was nerve racking in itself.
15 Q.  Yeah, you had a lot on your mind.
16 A.  Yeah, and just trying to -- trying to
17 keep my head low and make it back to where I know
18 people and where I can kind of get the help that I
19 need.
20 Q.  Have you had any sort of counseling or
21 therapy to help you deal with that?
22 A.  No. I have honestly been on my own since
23 I was 12 years old, basically.
24 Q.  Is there anything else about your case
25 that you think it's important that I know about?

Page 25

1   A.   Other than --
2        **MR. GREENAMYRE:** Objection to form, but
3   go ahead and answer.
4        **THE WITNESS:** That's as far as I can
5   think of. That's it.
6   **BY MS. LONES:**
7   Q.   Okay. Fair enough. Is there anyone who
8   might have information about your situation that you
9   think I should know about?
10  A.   **Yes. I gave Mr. Zack a list. My two**
11  **sisters -- well, my sister that's up here, a sister of**
12  **mine that's up here, my mom, and a friend of mine**
13  **that's up here in North Carolina that I was kind of on**
14  **the phone with constantly, but they weren't able to**
15  **financially help me get back home.**
16       **MR. GREENAMYRE:** And, Laura, I got names
17  and phone numbers that I can send you by e-mail
18  when we get off.
19       **MS. LONES:** Okay. That's great.
20       Well, I appreciate your time today,
21  Mr. Gervin. I'm sorry you had to go through
22  this experience, but I appreciate you explaining
23  your situation to us and what you went through.
24       And I will let you get back to your life
25  and looking for your next job, and good luck to

Page 26

1   you.
2        **THE WITNESS:** Thank you. Thank you.
3   Thank you.
4        **MS. LONES:** And thanks, Zack, for setting
5   this up.
6        **MR. GREENAMYRE:** Absolutely. Thank you,
7   as always, for being easy to work with, Laura.
8        **MS. LONES:** Yes, you, too. You, too, and
9   we're off the record.
10       **MR. LEMMON:** Going off the video record
11  at 11:50.
12       **MR. GREENAMYRE:** Mr. Dashawn, you have
13  the opportunity to read the transcript and see
14  if there's any typos or anything like that. I'm
15  not really worried about that for this
16  deposition so I'm comfortable if you just want
17  to say you trust the court reporter, but if you
18  want to read it you certainly have the chance to
19  do that and you can make that happen.
20       **THE WITNESS:** Okay. I'd like to read it.
21       **MR. GREENAMYRE:** Okay. We'll read and
22  sign.
23       (The right of the witness to read and
24  sign the deposition transcript was reserved.)
25       (Proceedings concluded at 11:51 a.m.)

Page 27

                    E R R A T A

DASHAWN GERVIN,           )
                          )
              Plaintiff,  ) CIVIL ACTION FILE
                          )
     vs.                  ) NO. 1:21-CV-00067-LAG
                          )
PAMELA FLORENCE, HOKE     )
HAMPTON, and TANDRIA      )
MILTON, in their          )
individual capacities,    )
                          )
              Defendants. )
- - - - - - - - - - - - - )

   I, the undersigned, DASHAWN GERVIN, do hereby
certify that I have read the foregoing transcript of
my deposition and that:
   _____  1)  There are no changes noted.
   _____  2)  Changes are noted below.
   To assist you in making changes, please use this
form. If additional pages are needed, please furnish
same and attach them to this sheet.
Page_____ Line_____ should read:_____
_____
Reason for change:_____
Page_____ Line_____ should read:_____
_____
Reason for change:_____
Page_____ Line_____ should read:_____
_____
Reason for change:_____

Page 28

DEPOSITION OF DASHAWN GERVIN
Page_____ Line_____ should read:_____
_____
Reason for change:_____
Page_____ Line_____ should read:_____
_____
Reason for change:_____
Page_____ Line_____ should read:_____
_____
Reason for change:_____
Page_____ Line_____ should read:_____
_____
Reason for change:_____
Page_____ Line_____ should read:_____
_____
Reason for change:_____
Page_____ Line_____ should read:_____
_____
Reason for change:_____
Page_____ Line_____ should read:_____
_____
Reason for change:_____
Page_____ Line_____ should read:_____
_____
Reason for change:_____

                          _____
                                  DASHAWN GERVIN
Sworn to and subscribed before me this
_____ day of _____, 2022.
_____
Notary Public
My commission expires _____

Case 1:21-cv-00067-LAG    Document 15-3    Filed 05/16/22    Page 9 of 14
Dashawn Gervin vs.                                                Dashawn Gervin
Pamela Florence, et al.                                           April 12, 2022

Page 29

C E R T I F I C A T E

I, SARAH M. BENTLEY, Certified Court Reporter, Registered Professional Reporter and Notary Public, do hereby certify that previous to the commencement of the examination, the witness was duly sworn by me; that the said proceedings were taken in machine shorthand by me at the time and place aforesaid and were thereafter reduced to typewritten form under my direction, Pages 1 - 29; that the foregoing is a true, complete, and correct transcript of said proceedings.

I further certify that I am not employed by, related to, nor counsel for any of the parties herein, nor otherwise interested in the outcome of this litigation.

IN WITNESS WHEREOF, I have affixed my signature and seal this 14th day of April, 2022.

_____
SARAH M. BENTLEY, CCR-B-1745

## A

ability (3)
    4:23;5:2,6
able (4)
    9:5,10;22:19;25:14
absconding (2)
    18:8,10
Absolutely (1)
    26:6
accept (1)
    14:1
accurate (1)
    6:2
actual (1)
    17:21
actually (3)
    9:6;16:9;24:4
affect (3)
    4:23;5:2,5
affirmative (1)
    5:25
again (2)
    17:7,8
age (1)
    6:13
agree (1)
    13:6
ahead (3)
    4:7,10;25:3
Albany (3)
    11:16;12:4;19:21
alive (3)
    6:25;7:2,3
allegations (1)
    17:9
Alleged (1)
    16:6
allowed (1)
    9:13
although (2)
    14:24;17:11
always (3)
    11:1,6;26:7
anticipated (1)
    11:19
anymore (1)
    7:15
anyplace (1)
    13:21
applications (1)
    23:6
appreciate (2)
    25:20,22
April (1)
    16:3
area (1)
    7:14
around (3)
    10:19;13:5;17:22
arrest (5)
    15:18;16:17;22:17;
    23:11,21
arrested (6)
    15:19,22;16:3;18:22;
    22:3,10
arrive (1)
    9:7
assume (1)
    5:19
Atlanta (1)
    24:4
attached (1)
    10:7
attend (1)
    14:6
attending (1)
    14:5
August (2)
    14:23;17:10
aunt (1)
    9:3
away (1)
    19:8

## B

back (16)
    8:13;9:1;11:25;12:3;
    13:9;14:2;16:15;17:2;
    18:17;19:2,25;20:4;
    23:21;24:17;25:15,24
background (3)
    5:12;22:22;23:9
banished (2)
    19:13,15
basically (2)
    18:11;24:23
basis (1)
    23:9
beside (2)
    12:7,8
best (7)
    10:3;11:9,11;21:4,6,
    8,11
better (1)
    18:6
beyond (1)
    7:22
biological (1)
    7:7
birth (1)
    6:15
blur (2)
    16:22;20:12
both (3)
    7:2,2;16:13
breaking (1)
    14:20
briefly (1)
    22:8
broke (1)
    9:20
brothers (3)
    7:6,10,12
burglary (3)
    9:23;11:4,5
bus (5)
    11:17,17;12:9,9,16
business (1)
    14:12

## C

called (1)
    16:9
came (3)
    12:9;13:9;18:25
Camilla (1)
    19:17
Can (6)
    16:6;23:3;24:18;
    25:4,17;26:19
car (6)
    11:23;12:3,5;16:15,
    16;23:19
Carolina (14)
    8:14,20;12:25;13:21;
    14:17;15:2,25;16:1,10;
    19:3;20:1,3,4;25:13
carries (1)
    4:18
case (1)
    24:24
Cato (1)
    11:14
center (1)
    19:17
central (1)
    22:14
certain (4)
    21:3;22:1,18,19
certainly (1)
    26:18
chain (1)
    12:2
chance (1)
    26:18
changed (1)
    11:25
charge (5)
    10:1;11:3,4,5;14:23
charged (1)
    9:22
charges (2)
    15:15,19
children (1)
    6:19
Circuit (1)
    10:12
close (1)
    10:16
clothes (1)
    11:25
comfortable (1)
    26:16
commit (1)
    9:23
Community (1)
    20:7
companies (4)
    8:11;22:19;23:3,6
complaint (1)
    22:12
concluded (1)
    26:25
Condition (2)
    18:9,9
conditions (1)
    10:7
confused (1)
    16:23
connected (1)
    15:24
constantly (1)
    25:14
constituted (1)
    17:19
contact (2)
    11:9,12
continue (1)
    5:23
continuously (1)
    18:22
convicted (5)
    14:19;15:4,6,7,15
convictions (1)
    22:25
correction (1)
    19:17
Corrections (2)
    15:2;17:2
counseling (1)
    24:20
County (24)
    8:24;10:22;11:2,7,
    24;12:25;13:9,10,12,
    13,14,19;16:3,10,21,
    24;17:6,8;18:17,23;
    19:10;20:6,23;21:9
course (2)
    23:12,12
courses (1)
    14:11
court (4)
    6:1;17:14;22:4;
    26:17
courtroom (2)
    4:20;17:22
criminal (1)
    9:23
current (1)
    22:3
currently (1)
    20:21

## D

damages (1)
    23:13
DASHAWN (3)
    4:12;6:7;26:12
date (2)
    6:15;10:16
day (4)
    16:7;18:19,20;24:5
days (2)
    14:25;22:12
deal (1)
    24:21
December (1)
    15:12
decision (1)
    9:20
defendants (1)
    5:9
defender (1)
    17:18
definitely (1)
    21:15
delivered (1)
    8:10
delivering (1)
    8:19
denied (4)
    18:18;22:20;23:4,9
departed (1)
    7:17
Department (2)
    17:1;20:7
deposition (3)
    6:10;26:16,24
design (1)
    14:9
desperation (1)
    9:18
diploma (2)
    7:20;14:1
disagreement (1)
    9:3
discussed (1)
    17:18
discussion (1)
    12:10
dishwashing (1)
    8:9
dismissed (1)
    15:23
distinguish (1)
    22:23
done (3)
    8:8,11;17:19
door (1)
    20:15
down (12)
    6:1;8:25;13:25;
    14:11;19:6,7,12;20:15;
    21:10;23:19,22;24:11
dressed (1)
    11:25
driven (1)
    12:4
driving (1)
    23:19

**due (1)**
  22:22
**duly (1)**
  4:13
**Durham (1)**
  8:22

### E

**easy (1)**
  26:7
**eat (1)**
  24:2
**eaten (1)**
  24:5
**education (1)**
  7:22
**else (4)**
  13:21;17:7,24;24:24
**e-mail (1)**
  25:17
**emotional (1)**
  23:13
**employed (2)**
  8:5,12
**employment (2)**
  22:21;23:4
**end (1)**
  20:24
**ended (4)**
  12:24;13:6;20:25;
  21:9
**engineering (1)**
  14:10
**enough (3)**
  19:24;21:17;25:7
**entering (1)**
  14:20
**entire (3)**
  12:8;13:5;19:19
**entirely (1)**
  14:25
**escort (2)**
  11:15;12:6
**escorted (1)**
  12:6
**establishment (1)**
  9:21
**even (4)**
  11:12;23:23,24;24:1
**exact (1)**
  18:12
**exactly (2)**
  16:24;20:25
**EXAMINATION (1)**
  4:15
**examined (1)**
  4:14
**exception (1)**
  8:4
**experience (1)**
  25:22
**explain (1)**
  24:1
**explaining (1)**
  25:22
**extradited (1)**
  16:25

### F

**face (1)**
  21:16
**fact (1)**
  11:14
**failure (1)**
  18:10
**Fair (2)**
  21:17;25:7
**familiar (2)**
  13:12;21:15
**family (2)**
  9:13;19:6
**far (5)**
  5:21;11:8;17:21;
  18:4;25:4
**fast (1)**
  10:23
**father (2)**
  12:17;13:3
**father's (2)**
  7:8,11
**few (1)**
  8:2
**figure (5)**
  19:16,18,20;23:14;
  24:8
**filled (1)**
  23:5
**finally (1)**
  19:24
**finances (1)**
  9:19
**financially (1)**
  25:15
**find (2)**
  9:5,18
**finishing (1)**
  8:3
**first (3)**
  4:13;13:4;21:10
**Florence (2)**
  21:13,14
**Florida (2)**
  7:21;8:14
**follows (1)**
  4:14
**forget (2)**
  18:12;20:14
**form (1)**
  25:2
**four (1)**
  23:7
**free (1)**
  18:14
**friend (3)**
  9:12;16:8;25:12
**front (1)**
  18:3
**full (5)**
  6:5;12:1;14:7;17:2;
  18:24
**fully (1)**
  5:6
**Fuquay-Varina (1)**
  16:10
**furniture (2)**
  8:10,19

### G

**Garner (1)**
  7:3
**gave (2)**
  12:6;25:10
**GED (1)**
  14:2
**General (2)**
  18:9,9
**generate (1)**
  9:19
**Georgia (16)**
  7:14,17;8:24;10:11,
  12;12:4;13:19;16:4,18,
  25;17:1,3,4;18:25;
  19:7,11
**Gervin (7)**
  4:5,11,12,17;5:8;6:7;
  25:21
**given (1)**
  11:12
**goes (2)**
  11:8;16:15
**good (3)**
  5:21;14:13;25:25
**Gotch (1)**
  14:16
**graduated (1)**
  7:18
**grandmother (2)**
  8:25;19:7
**grandmother's (2)**
  9:4,11
**great (1)**
  25:19
**GREENAMYRE (5)**
  25:2,16;26:6,12,21
**Greyhound (4)**
  11:15;12:7;19:22;
  24:3
**guess (7)**
  6:25;9:18;13:3;
  16:21,22;18:6;24:1
**guilty (1)**
  10:1

### H

**Hampton (1)**
  22:6
**handcuffs (1)**
  12:2
**happen (1)**
  26:19
**happened (4)**
  9:17;19:1,23;20:12
**happens (2)**
  11:21;16:19
**hard (2)**
  6:1;24:7
**harm (1)**
  22:15
**harms (3)**
  22:9,16;23:10
**head (3)**
  5:24;9:19;24:17
**heard (1)**
  21:15
**hearing (3)**
  17:9,12,21
**held (1)**
  18:24
**help (3)**
  24:18,21;25:15
**hey (1)**
  24:5
**high (4)**
  7:18,21,22;14:1
**history (1)**
  8:1
**Hoke (1)**
  22:5
**home (4)**
  9:1;19:25;20:3;
  25:15
**homeless (6)**
  19:9,10,11;23:17;
  24:8,9
**honestly (7)**
  4:23;5:6;23:5,18,25;
  24:2,22
**host (1)**
  8:10
**hours (1)**
  17:3
**house (1)**
  9:4
**housing (2)**
  11:24;17:5
**hunting (1)**
  16:9

### I

**ID (1)**
  16:14
**identify (1)**
  23:3
**IDs (1)**
  16:13
**important (1)**
  24:25
**incarcerated (4)**
  12:1;14:22;16:23;
  22:20
**incarceration (1)**
  22:24
**incarcerations (1)**
  8:4
**information (2)**
  5:12;25:8
**initial (1)**
  17:24
**initially (1)**
  13:25
**inside (1)**
  17:4
**instructed (1)**
  20:8
**intent (1)**
  9:23
**interviews (1)**
  22:18
**into (6)**
  9:21;11:25;12:6;
  14:10;16:21;17:22

### J

**jail (16)**
  10:4,15,18;11:1,2,7,
  20,22,24;16:21;17:7,8;
  18:21;21:10;22:12;
  23:15
**January (3)**
  9:25;10:14;20:24
**job (2)**
  16:9;25:25
**jobs (1)**
  23:8
**judge (5)**
  4:20;11:14;17:17,22;
  18:11
**Judicial (1)**
  10:12
**jurisdiction (2)**
  10:23;19:19
**jury (1)**
  4:20

### K

**keep (1)**
  24:17
**kept (1)**
  19:22
**Kevin (2)**
  6:22;7:4
**kidnapping (2)**
  15:6,8
**kind (10)**
  8:15,18;9:1,18;
  11:19;14:10;16:22;
  19:23;24:18;25:13
**knew (1)**

18:3
**knowledge (8)**
7:3;10:9;11:9,11;
21:4,6,8,11

**L**

**lack (1)**
18:6
**lady (1)**
21:18
**landscaping (1)**
8:11
**larceny (1)**
14:20
**last (1)**
23:7
**Laura (3)**
5:8;25:16;26:7
**law (1)**
14:17
**lawsuit (4)**
5:9,11;15:19,24
**lay (1)**
9:19
**leave (1)**
23:24
**leaves (1)**
11:18
**leaving (1)**
13:6
**left (6)**
7:25;13:19;20:5,6,
19;24:3
**LEMMON (2)**
4:8;26:10
**license (2)**
16:12,13
**life (3)**
13:5;19:8;25:24
**list (1)**
25:10
**little (1)**
5:12
**live (3)**
6:23;7:13;9:5
**lived (2)**
13:21;19:7
**lives (2)**
7:3,5
**living (2)**
8:21;9:1
**located (1)**
19:18
**lock (1)**
23:21
**LONES (8)**
4:4,10,16;5:9;25:6,
19;26:4,8
**long (5)**
7:17,17;12:21,24;
16:25
**longer (2)**

9:15;19:6
**look (1)**
15:9
**looking (4)**
8:15,18;17:22;25:25
**lot (2)**
14:12;24:15
**loud (1)**
5:22
**low (1)**
24:17
**luck (2)**
14:13;25:25

**M**

**ma'am (13)**
4:21,25;5:4,7;6:9,12,
18,20;9:24;10:2,6;
12:13;22:13
**many (2)**
23:6,6
**March (1)**
14:23
**married (1)**
6:17
**matter (1)**
11:14
**may (2)**
22:9,14
**maybe (1)**
12:24
**McCall (2)**
6:22;7:4
**mean (3)**
16:20;17:12;23:12
**meaning (2)**
12:2;20:3
**medications (1)**
5:1
**meet (1)**
20:6
**mental (2)**
4:22;23:13
**met (4)**
21:12,19,22;22:5
**might (2)**
17:19;25:8
**Milton (3)**
21:23,24;22:2
**mind (1)**
24:15
**mine (2)**
25:12,12
**Miramar (1)**
7:21
**Missouri (4)**
12:18,19,21;13:20
**Mitchell (11)**
8:23;10:22;11:2,6,
24;13:19;17:6,8;20:6,
23;21:9
**mom (1)**

25:12
**month (1)**
13:24
**Moore (3)**
6:22,24;7:3
**most (4)**
8:3,5;13:13;19:8
**mostly (1)**
5:10
**mother's (2)**
7:9,12
**much (2)**
4:5;8:5
**Music (2)**
14:9,10
**myself (1)**
9:20

**N**

**name (5)**
5:8;6:5;20:14;21:14,
15
**named (1)**
21:23
**names (3)**
6:8,21;25:16
**need (1)**
24:19
**needs (1)**
16:16
**negative (1)**
5:25
**nerve (2)**
23:18;24:14
**next (4)**
11:20;20:15;24:3;
25:25
**nice (1)**
19:24
**nine (2)**
10:5;21:9
**nobody (1)**
18:3
**North (14)**
8:14,20;12:25;13:20;
14:17;15:1,25;16:1,10;
19:2;20:1,3,4;25:13
**number (1)**
11:12
**numbers (1)**
25:17

**O**

**oath (2)**
4:18,19
**Objection (1)**
25:2
**obligated (1)**
11:9
**obligation (1)**
4:19

**Obviously (1)**
22:11
**occurred (2)**
5:11;16:7
**odds (1)**
9:3
**off (5)**
11:17;12:5;25:18;
26:9,10
**officer (4)**
12:14;16:13,14;22:3
**old (3)**
6:14;9:12;24:23
**older (1)**
7:9
**one (6)**
7:7,8;9:13;10:4,9;
15:25
**online (1)**
7:20
**only (3)**
10:9;13:24;19:17
**operate (1)**
12:12
**opportunity (1)**
26:13
**opposed (1)**
22:24
**ordered (2)**
11:14,16
**Orlando (6)**
8:14;13:23,24;14:6,
13,14
**out (27)**
5:22;9:5,15;10:18,
22;11:20,22,24,25;
12:5,12;14:14;16:10,
12,17;19:16,16,18,18,
20;21:10;22:2;23:5,14,
23;24:8,12
**over (5)**
9:4;16:11;23:20;
24:11,13
**own (1)**
24:22
**ownership (1)**
9:4

**P**

**Pamela (2)**
21:12,14
**papers (4)**
20:15,16;21:19,23
**parents' (1)**
6:21
**parole (2)**
15:22;24:10
**part (3)**
8:3,20;22:15
**particular (1)**
22:24
**passed (1)**

19:8
**people (3)**
18:6;19:22;24:18
**person (1)**
21:22
**phone (2)**
25:14,17
**physical (2)**
4:22;12:6
**pick (1)**
13:10
**picked (2)**
18:17;19:10
**place (1)**
21:16
**placed (2)**
12:3;17:4
**planning (2)**
14:6,8
**please (2)**
5:15;6:5
**pled (1)**
10:1
**point (2)**
12:23;19:5
**police (1)**
23:19
**possible (2)**
10:23;18:16
**Preferably (1)**
8:19
**pretty (1)**
8:5
**probably (1)**
23:7
**probation (22)**
10:5,8,13,20;11:8,
10;12:11;16:4;17:10,
19,25;18:6,10,13;
19:16;20:21,23;21:5,7,
9;22:3,10
**problems (1)**
4:23
**proceeded (2)**
16:14;18:4
**Proceedings (1)**
26:25
**processed (2)**
16:21;17:4
**processing (1)**
16:20
**production (1)**
14:10
**programming (1)**
14:9
**properties (1)**
9:14
**prosecutor (1)**
17:17
**public (1)**
17:18
**pull (2)**
22:19;23:20

**pulled (5)**
11:23;12:5;16:11;
24:11,12
**pulls (1)**
11:17
**put (1)**
12:1

### R

**racking (2)**
23:18;24:14
**Raleigh (1)**
13:14
**read (5)**
26:13,18,20,21,23
**realize (1)**
22:14
**realized (1)**
24:4
**really (6)**
13:4;18:11;19:4,5;
24:7;26:15
**reason (1)**
22:21
**received (1)**
7:20
**recollection (1)**
10:4
**record (6)**
4:8;6:3,6;22:25;26:9,
10
**reinstated (2)**
15:23;18:13
**related (3)**
5:11;15:18;16:4
**released (6)**
10:14,15;15:12;
18:19;19:2;23:15
**relocated (1)**
8:13
**remember (4)**
12:14,22;13:16;
16:24
**rented (1)**
9:14
**repeat (1)**
5:15
**rephrase (1)**
5:16
**report (1)**
18:10
**reporter (2)**
6:1;26:17
**represent (1)**
5:9
**reserved (1)**
26:24
**restaurants (1)**
8:8
**restraints (3)**
12:1,5;17:2
**result (3)**
22:9,16;23:11
**resulted (1)**
9:22
**return (1)**
10:11
**ride (1)**
19:2
**riding (1)**
16:8
**right (13)**
5:8;8:6,12,16;9:25;
10:17;13:14;14:14,22;
17:16;18:1;19:13;
26:23
**road (1)**
23:20
**robbery (2)**
15:4,7

### S

**Sail (1)**
14:7
**same (3)**
4:18;15:8;18:20
**sat (1)**
12:8
**school (8)**
7:19,21,23,25;8:4;
13:25;14:1,5
**second (1)**
13:4
**send (1)**
25:17
**sent (1)**
12:17
**sentenced (1)**
10:4
**sentences (2)**
15:10;17:25
**served (2)**
10:20;15:10
**serving (1)**
8:9
**setting (1)**
26:4
**several (1)**
8:10
**shackles (1)**
12:2
**shake (1)**
5:24
**sheriff (1)**
11:15
**sheriff's (2)**
11:23;12:3
**Sherry (3)**
6:22,24;7:3
**shocked (1)**
16:23
**side (6)**
7:8,9,11,12;16:16;
18:7
**sign (6)**
20:15,16;21:19,22;
26:22,24
**sister (2)**
25:11,11
**sisters (3)**
7:6,8;25:11
**situation (3)**
18:5;25:8,23
**someone (3)**
17:23;19:24;21:23
**sometime (1)**
10:18
**somewhere (2)**
17:7;18:21
**sorry (5)**
20:2,11,11,11;25:21
**sort (3)**
8:6;20:15;24:20
**sounded (1)**
13:22
**sounds (7)**
10:16;14:24,25;
17:11,16,16;21:14
**Southeastern (1)**
7:21
**Southern (2)**
10:11,12
**Southwest (1)**
7:13
**specifically (1)**
23:1
**spend (1)**
9:2
**spent (4)**
13:12,22,24;22:11
**start (1)**
7:1
**started (1)**
4:7
**state (3)**
4:13;6:5;16:18
**station (4)**
11:15;12:7;19:22;
24:3
**stay (6)**
9:10,11,13,15;11:16;
12:21
**step (1)**
16:17
**still (5)**
6:25;8:25;19:13,15,
16
**stints (1)**
8:2
**stood (1)**
12:7
**stop (2)**
18:23;24:3
**stopped (1)**
24:4
**story (1)**
19:23
**street (1)**
20:16
**study (1)**
14:8
**stunned (1)**
16:22
**suffered (4)**
22:9,15,16;23:10
**Supervision (1)**
20:7
**supposed (4)**
12:11;19:12;23:16,
22
**sure (8)**
6:2;7:4;9:8;10:16;
14:25;19:4,5;20:25
**swear (1)**
4:10
**sworn (1)**
4:13

### T

**talk (1)**
22:8
**Tandria (3)**
21:23,24;22:2
**teenage (1)**
13:13
**tells (1)**
16:16
**ten (1)**
17:3
**Terrell (1)**
6:7
**terrified (1)**
23:25
**testified (1)**
4:14
**testify (1)**
5:6
**thanks (1)**
26:4
**therapy (1)**
24:21
**thinking (1)**
9:20
**though (2)**
23:23,24
**three (2)**
7:7,10
**ticket (3)**
12:7,17;19:24
**today (1)**
25:20
**together (1)**
15:10
**told (4)**
9:15;14:1;18:13;
19:9
**took (2)**
4:18;12:5
**tough (1)**
24:7
**town (4)**
12:12;16:9;20:5,19
**traffic (1)**
18:23
**trailer (2)**
9:13,14
**transcript (2)**
26:13,24
**transcripts (1)**
17:24
**transportation (1)**
18:17
**transported (1)**
17:1
**trouble (1)**
14:16
**truck (1)**
17:3
**trust (1)**
26:17
**truth (4)**
4:13,19;5:2;19:9
**try (2)**
4:5;5:15
**trying (9)**
19:22;23:13,23,24;
24:1,2,8,16,16
**turned (1)**
22:2
**turns (2)**
14:14;16:12
**two (3)**
7:7,8;25:10
**typos (1)**
26:14

### U

**Uh-Uh (1)**
5:25
**unaware (1)**
16:11
**understood (1)**
5:19
**unemployment (1)**
8:3
**unit (2)**
11:24;17:5
**University (1)**
14:7
**unsupervised (1)**
10:22
**up (14)**
4:5;12:24;13:6;
16:23;18:18;19:10;
21:3;22:19;23:21;
24:10;25:11,12,13;
26:5
**used (1)**
6:8
**using (1)**
5:22

## V

**various (1)**
   22:24
**video (3)**
   4:7,8;26:10
**violated (3)**
   24:10,11,13
**violation (7)**
   15:23;16:4,6;17:20,
   25;18:8;22:4
**violations (1)**
   17:10

## W

**waist (1)**
   12:2
**wait (1)**
   11:17
**waiting (1)**
   11:23
**Wake (14)**
   12:24;13:9,10,12,13,
   14,18;16:3,10,21,24;
   18:17,22;19:10
**walk (1)**
   17:21
**walked (2)**
   19:4;20:18
**walking (1)**
   23:20
**warrant (2)**
   16:17;22:10
**watch (1)**
   11:16
**way (6)**
   9:19;17:3;19:16,18;
   24:12,13
**website (1)**
   15:2
**weren't (1)**
   25:14
**without (1)**
   9:20
**WITNESS (4)**
   25:4;26:2,20,23
**wondering (1)**
   23:19
**word (1)**
   18:6
**words (2)**
   5:22;18:13
**work (5)**
   7:25;8:6,16,18;26:7
**worked (1)**
   8:8
**working (1)**
   14:3
**worried (1)**
   26:15

## Y

**year (1)**
   10:4
**years (5)**
   6:14;10:5;13:13;
   21:9;24:23

## Z

**Zack (2)**
   25:10;26:4

## 1

**104 (1)**
   22:12
**11:21 (1)**
   4:9
**11:50 (1)**
   26:11
**11:51 (1)**
   26:25
**12 (1)**
   24:23
**15th (1)**
   14:23
**16 (1)**
   14:23

## 2

**2011 (2)**
   8:24,25
**2012 (4)**
   10:1,15;14:23;16:18
**2013 (2)**
   14:19,23
**2015 (1)**
   15:4
**2016 (1)**
   19:8
**2017 (1)**
   15:6
**2018 (2)**
   15:13,17
**2019 (5)**
   16:3;17:10;19:7;
   22:20;23:2
**2021 (1)**
   20:24
**20th (1)**
   10:14
**26th (1)**
   16:3
**28 (1)**
   6:14

## 4

**4 (1)**
   18:9

**4/15/1993 (1)**
   6:16

## 6

**6 (1)**
   18:9

## 7

**7th (1)**
   17:10