

**State of Georgia**
**Peace Officer Standards and Training Council**
Network Data Gateway



# Data Report System
## Individual Officer Profile

*Created: 10-28-2021 09:20*
*Requested by: LYNN BAKER*

| | |
|---|---|
| Officer Key | O▇▇▇ |
| Officer Name | **PAMELA Y FLORENCE** |
| Race | **Black or African American (Not Hispanic or Latino)** |
| Education | **Master's Degree** |
| Status | **In Good Standing** |

O082309

PLAINTIFF'S EXHIBIT
1
SMB 4/5/22

### Officer Certifications

| Certification | Description | Certification Type | Status |
|---|---|---|---|
| PBLE2016O082309 | BASIC LAW ENFORCEMENT | Basic | Active |
| PS08110113S | FIELD TRAINING OFFICER | Specialized | Active |
| PBPO030056S | PROBATION OFFICER | Basic | Active |
| PBCO000007S | CORRECTIONS OFFICER | Basic | Active |

### Officer Other Certifications

| Certification | Description | Certification Type | Status |
|---|---|---|---|
| PRPP2012O082309 | REGISTERED PROBATION AND PAROLE | Basic POST Registration | Active |

### Officer Legacy Certifications

| Certification | Description | Certification Type | Status |
|---|---|---|---|
| P2-PEAOFF | P2-P | Authorization to Attend Academy | Active |
| P2-FAILED | FAILED BASIC MANDATE COURSE | Authorization to Attend Academy | Active |
| P2-PEAOFF | P2-P | Authorization to Attend Academy | Active |

### Instructor Certifications

| Code | Description | Issue Date | Expiration Date | Status |
|---|---|---|---|---|
| A016 | General | February 22, 2006 | | Active |

### Employment History

| Agency | Rank | Start Date | End Date | Status |
|---|---|---|---|---|
| GEORGIA DEPT OF COMMUNITY SUPERVISION | Community Supervision Officer | July 1, 2015 | | Actively Employed in Law Enforcement |
| PROBATION SOUTHWEST AREA | Probation Officer | June 1, 2004 | June 30, 2015 | Transfer |
| WEST REGION PROBATION OFFICE/INACTIVE | Probation Officer | May 16, 2003 | May 31, 2004 | Transfer |
| AUTRY STATE PRISON | Counselor | June 16, 1999 | June 16, 1999 | Not Employed in Law Enforcement |
| DOUGHERTY COUNTY POLICE DEPT. | Peace Officer | September 30, 1998 | December 1, 1998 | Voluntary Resignation |
| DOUGHERTY COUNTY POLICE DEPT. | Peace Officer | October 20, 1997 | February 3, 1998 | Voluntary Resignation |

### Sanctions

None Found

## Training History

| Date | Number | Course | Hours |
|---|---|---|---|
| September 29, 2021 | UFR00F | FIREARMS REQUALIFICATIONS | 2 |
| August 26, 2021 | NOG95G | GA PROFESSIONAL ASSOC OF COMMUNITY SUPERVISION (GPACS) | 1 |
| August 26, 2021 | NOG95G | GA PROFESSIONAL ASSOC OF COMMUNITY SUPERVISION (GPACS) | 1 |
| August 26, 2021 | NOG95G | GA PROFESSIONAL ASSOC OF COMMUNITY SUPERVISION (GPACS) | 1 |
| August 26, 2021 | NOG95G | GA PROFESSIONAL ASSOC OF COMMUNITY SUPERVISION (GPACS) | 1 |
| August 26, 2021 | NOG95G | GA PROFESSIONAL ASSOC OF COMMUNITY SUPERVISION (GPACS) | 1 |
| August 26, 2021 | NOG95G | GA PROFESSIONAL ASSOC OF COMMUNITY SUPERVISION (GPACS) | 1 |
| July 26, 2021 | IGM77G | DCS DEPARTMENTAL IN-SERVICE TRAINING | 2 |
| June 14, 2021 | DNP01G | Workplace Diversity and Inclusion (DCS) | 1 |
| March 30, 2021 | DPM01G | HEALTH AND WELLNESS (DCS) | 1 |
| March 17, 2021 | IBM59G | HUMAN TRAFFICKING | 2 |
| March 15, 2021 | DLA04G | ADA Compliance for DCS Offenders & People with Disabilities (DCS) | 1 |
| February 23, 2021 | DDU04G | Use of Force - 2 Hr. Version (DCS) | 2 |
| February 22, 2021 | DYM05G | DE-ESCALATION OPTIONS FOR GAINING COMPLIANCE (GPSTC) | 1 |
| February 17, 2021 | DGB01G | GCIC SECURITY AWARENESS TRAINING | 1 |
| February 15, 2021 | DYE00G | CULTURAL AWARENESS (Gov. Initiative) | 2 |
| January 21, 2021 | IYT08G | Court Specialist Training (DCS) | 8 |
|  |  | 2021 Total Hours : 29 |  |
| December 31, 2020 | DYM00G | POLICE LEGITIMACY, PROCEDURAL JUSTICE, & COMMUNITY RELATIONS (Gov. Initiative) | 2 |
| November 10, 2020 | IOG15G | ELECTRONIC MONITORING | 2 |
| September 10, 2020 | NXI00G | DRUGS | 7 |
| July 30, 2020 | INP04G | DEPT OF COMM SUPV ANNUAL IN-SERVICE | 1 |
| July 20, 2020 | VGM99G | GA POST BLOCK FOR RECERTIFICATION | 2 |
| July 16, 2020 | DBI04G | EYEWITNESS IDENTIFICATION (GPSTC ONLINE) | 1 |
| July 12, 2020 | DBM16G | AT-RISK ADULTS (3 HRS) (GPSTC) | 3 |
| July 9, 2020 | UFR00F | FIREARMS REQUALIFICATIONS | 2 |
| April 30, 2020 | DYE00G | CULTURAL AWARENESS (Gov. Initiative) | 2 |
| March 31, 2020 | IBM59G | HUMAN TRAFFICKING | 2 |
| March 31, 2020 | DDA01G | Expandable Baton Recertification (DCS) | 1 |
| March 31, 2020 | ILF01G | SEXUAL HARASSMENT | 1 |
| March 31, 2020 | DLF03G | UNLAWFUL HARASSMENT (DCS) | 1 |
| March 12, 2020 | ICR02G | DE-ESCALATION TECHNIQUES | 1 |
| March 12, 2020 | IFM22F | USE OF DEADLY FORCE | 1 |
| March 12, 2020 | IGS11G | FOSTERING POSITIVE COMMUNITY RELATIONS | 2 |
| March 11, 2020 | DDG01G | Annual TASER CEW User Update (DCS) | 1 |
| February 25, 2020 | ICM04G | How Being Trauma Informed Improves CJS Responses (DCS) | 4 |
| February 4, 2020 | INC12G | PROBATION OPTIONS MANAGEMENT (DEPT OF COMM SUPV) | 3 |
| January 23, 2020 | IGB31G | CJIS NETWORK OPERATOR RE-CERTIFICATION EXAM | 1 |
| January 10, 2020 | DGB01G | GCIC SECURITY AWARENESS TRAINING | 1 |
|  |  | 2020 Total Hours : 41 |  |
| August 31, 2019 | DBM03G | HUMAN TRAFFICKING (DCS) | 1 |
| May 31, 2019 | DCM09G | Principles of Effective Intervention - Risk, Need, Responsivity (DCS) | 1 |
| May 16, 2019 | IQS07G | ENHANCED SUPERVISION PROGRAM (DEPT OF COMMUNITY SUPV) | 32 |

| Date | Code | Course | Hours |
|---|---|---|---|
| April 30, 2019 | ILF01G | SEXUAL HARASSMENT | 1 |
| April 4, 2019 | UFR00F | FIREARMS REQUALIFICATIONS | 2 |
| April 4, 2019 | IDG12G | TASER UPDATE | 2 |
| April 4, 2019 | IDO02D | OLEORESIN CAPSICUM (RE-FAMILIARIZATION) | 2 |
| March 31, 2019 | DYM04G | MENTAL & EMOTIONAL WELLNESS (GPSTC) | 2 |
| February 28, 2019 | DYE00G | CULTURAL AWARENESS (Gov. Initiative) | 2 |
| February 28, 2019 | DDU04G | Use of Force - 2 Hr. Version (DCS) | 2 |
| February 28, 2019 | DYM05G | DE-ESCALATION OPTIONS FOR GAINING COMPLIANCE (GPSTC) | 1 |
| | | 2019 Total Hours : 48 | |
| September 18, 2018 | IBS09G | SEX OFFENDER MANAGEMENT | 3 |
| August 31, 2018 | NOG95G | GA PROFESSIONAL ASSOC OF COMMUNITY SUPERVISION (GPACS) | 4 |
| August 30, 2018 | NOG95G | GA PROFESSIONAL ASSOC OF COMMUNITY SUPERVISION (GPACS) | 1 |
| August 30, 2018 | NOG95G | GA PROFESSIONAL ASSOC OF COMMUNITY SUPERVISION (GPACS) | 1 |
| August 30, 2018 | NOG95G | GA PROFESSIONAL ASSOC OF COMMUNITY SUPERVISION (GPACS) | 1 |
| August 30, 2018 | NOG95G | GA PROFESSIONAL ASSOC OF COMMUNITY SUPERVISION (GPACS) | 1 |
| August 30, 2018 | NOG95G | GA PROFESSIONAL ASSOC OF COMMUNITY SUPERVISION (GPACS) | 1 |
| August 29, 2018 | NOG95G | GA PROFESSIONAL ASSOC OF COMMUNITY SUPERVISION (GPACS) | 1 |
| August 24, 2018 | DYM05G | DE-ESCALATION OPTIONS FOR GAINING COMPLIANCE (GPSTC) | 1 |
| August 23, 2018 | AQM08G | MANAGEMENT ESSENTIALS TRAINING - DCS | 32 |
| May 3, 2018 | UFR00F | FIREARMS REQUALIFICATIONS | 2 |
| May 3, 2018 | IDG12G | TASER UPDATE | 2 |
| April 20, 2018 | AGW04G | GEORGIA CRISIS INTERVENTION TEAM (CIT) PROGRAM - GPSTC ONLY (rev 2018) | 40 |
| March 31, 2018 | DDU02G | USE OF FORCE (DCS ONLINE) | 1 |
| March 29, 2018 | DYE00G | CULTURAL AWARENESS (Gov. Initiative) | 2 |
| February 21, 2018 | IGM72G | DCS - SPECIALIZED MENTAL HEALTH TRAINING | 20 |
| January 2, 2018 | IGB31G | CJIS NETWORK OPERATOR RE-CERTIFICATION EXAM | 1 |
| | | 2018 Total Hours : 114 | |
| December 11, 2017 | IDA02D | EXPANDABLE BATON INSERVICE | 2 |
| October 5, 2017 | INP04G | DEPT OF COMM SUPV ANNUAL IN-SERVICE | 1 |
| June 26, 2017 | IOM24G | COMMUNITY SVC COORDINATOR - ANNUAL WORKSHOP (DOC) | 7 |
| June 15, 2017 | INP04G | DEPT OF COMM SUPV ANNUAL IN-SERVICE | 8 |
| June 14, 2017 | INP04G | DEPT OF COMM SUPV ANNUAL IN-SERVICE | 8 |
| May 24, 2017 | DYE00G | CULTURAL AWARENESS (Gov. Initiative) | 2 |
| May 19, 2017 | IOM25G | PROBATION OFC SENTENCING SPEC QTRLY TRNG | 8 |
| May 11, 2017 | DCD02G | ELDER ABUSE (GPSTC ONLINE) | 1 |
| February 23, 2017 | UFR00F | FIREARMS REQUALIFICATIONS | 2 |
| January 27, 2017 | DCR00G | USE OF FORCE & DE-ESCALATION OPTIONS FOR GAINING COMPLIANCE (Gov. Initiative) | 5 |
| | | 2017 Total Hours : 44 | |
| November 30, 2016 | DCD02G | ELDER ABUSE (GPSTC ONLINE) | 1 |
| September 16, 2016 | BML13G | BASIC LAW ENFORCEMENT TRAINING COURSE (2013) | 408 |
| May 12, 2016 | INP04G | DEPT OF COMM SUPV ANNUAL IN-SERVICE | 8 |
| May 11, 2016 | INP04G | DEPT OF COMM SUPV ANNUAL IN-SERVICE | 8 |
| April 29, 2016 | IGA01G | GANGS: THE BASICS | 3 |
| March 25, 2016 | AOM01G | RAPID ID MACHINE (Dept of Corr) | 2 |
| March 15, 2016 | IFM22F | USE OF DEADLY FORCE | 2 |
| March 15, 2016 | UFR00F | FIREARMS REQUALIFICATIONS | 2 |

| Date | Code | Course | Hours |
|---|---|---|---|
| March 7, 2016 | INP04G | DEPT OF COMM SUPV ANNUAL IN-SERVICE | 8 |
| February 26, 2016 | NOG95G | GA PROFESSIONAL ASSOC OF COMMUNITY SUPERVISION (GPACS) | 2 |
| February 25, 2016 | NOG95G | GA PROFESSIONAL ASSOC OF COMMUNITY SUPERVISION (GPACS) | 1 |
| February 25, 2016 | NOG95G | GA PROFESSIONAL ASSOC OF COMMUNITY SUPERVISION (GPACS) | 3 |
| February 25, 2016 | NOG95G | GA PROFESSIONAL ASSOC OF COMMUNITY SUPERVISION (GPACS) | 2 |
| February 16, 2016 | INP04G | DEPT OF COMM SUPV ANNUAL IN-SERVICE | 16 |
| January 28, 2016 | IGB30G | CJIS NETWORK OPERATOR TRAINING | 5 |
| January 20, 2016 | IFE00F | SHOTGUN | 16 |
| January 12, 2016 | IDG06G | TASER X-26 | 8 |

2016 Total Hours : 495

| Date | Code | Course | Hours |
|---|---|---|---|
| November 2, 2015 | ADA04D | EXPANDABLE BATON COURSE | 8 |
| October 29, 2015 | AFS13F | ADVANCED FIREARMS I (PARDONS & PAROLE) | 8 |
| October 6, 2015 | ADU03F | ADVANCED ARREST TEAM II (PARDONS & PAROLE) | 8 |
| September 28, 2015 | ADU02F | ADVANCED ARREST TEAM I (PARDONS & PAROLE) | 8 |
| September 15, 2015 | IKG02G | GANG INTELLIGENCE | 2 |
| June 19, 2015 | IBC04G | INTERNET CRIMES AGAINST CHILDREN | 4 |
| May 27, 2015 | INC00G | GA. DEPT. OF CORRECTIONS INSERVICE | 8 |
| May 21, 2015 | DGM04G | GDC PROBATION ANNUAL IN-SERVICE | 8 |
| April 21, 2015 | IOG14G | COMMUNITY SERVICE COORDINATOR SEMI-ANNUAL (DOC) | 7 |
| March 10, 2015 | AFM08F | SAFE & EFFECTIVE USE OF PRIMARY HANDGUN | 2 |
| March 10, 2015 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 2 |
| March 9, 2015 | IFR04F | FIREARMS REQUAL& USE OF DEADLY FORCE (4 Hrs) | 4 |
| February 26, 2015 | INC08G | GEORGIA D.O.C. SPECIALIZED TRAINING | 6 |

2015 Total Hours : 75

| Date | Code | Course | Hours |
|---|---|---|---|
| December 31, 2014 | DCD02G | ELDER ABUSE (GPSTC ONLINE) | 1 |
| October 6, 2014 | NGW00G | MENTAL HEALTH ISSUES | 3 |
| September 10, 2014 | INC00G | GA. DEPT. OF CORRECTIONS INSERVICE | 6 |
| September 9, 2014 | INC00G | GA. DEPT. OF CORRECTIONS INSERVICE | 8 |
| September 4, 2014 | AOM02G | PROBATION OFC SENTENCING SPEC SEMI-ANNUAL | 8 |
| July 25, 2014 | NOM02G | RISK-NEED-RESPONSIVITY (RNR) MODEL | 4 |
| March 11, 2014 | IBS04G | SEX OFFENDER TRAINING | 7 |
| March 10, 2014 | IGB21G | GCIC INQUIRY TERMINAL OPERATOR RECERTIFICATION | 2 |
| March 10, 2014 | IFR04F | FIREARMS REQUAL& USE OF DEADLY FORCE (4 Hrs) | 4 |
| February 12, 2014 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 2 |
| February 12, 2014 | AFM08F | SAFE & EFFECTIVE USE OF PRIMARY HANDGUN | 2 |

2014 Total Hours : 47

| Date | Code | Course | Hours |
|---|---|---|---|
| October 24, 2013 | AFM08F | SAFE & EFFECTIVE USE OF PRIMARY HANDGUN | 2 |
| October 24, 2013 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 2 |
| August 5, 2013 | INC00G | GA. DEPT. OF CORRECTIONS INSERVICE | 8 |
| July 29, 2013 | INC00G | GA. DEPT. OF CORRECTIONS INSERVICE | 8 |
| June 7, 2013 | IOG06G | Advanced Management Training | 40 |
| May 22, 2013 | AOM01G | RAPID ID MACHINE (Dept of Corr) | 2 |
| January 31, 2013 | ILU00G | Legal Update | 3 |
| January 9, 2013 | NOE93G | PROB OFFICER III IS | 16 |

2013 Total Hours : 81

| Date | Code | Description | Hours |
|---|---|---|---|
| October 9, 2012 | INC08G | GEORGIA D.O.C. SPECIALIZED TRAINING | 3 |
| October 1, 2012 | IGB13G | SECURITY AND INTEGRITY OF CHRI | 4 |
| September 18, 2012 | INC00G | GA. DEPT. OF CORRECTIONS INSERVICE | 16 |
| September 15, 2012 | IGB13G | SECURITY AND INTEGRITY OF CHRI | 4 |
| August 23, 2012 | INC08G | GEORGIA D.O.C. SPECIALIZED TRAINING | 6 |
| August 21, 2012 | ICD00G | DOMESTIC VIOLENCE | 4 |
| July 27, 2012 | IDC01G | CHEMICAL MUNITIONS | 32 |
| May 30, 2012 | INC08G | GEORGIA D.O.C. SPECIALIZED TRAINING | 8 |
| May 22, 2012 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE | 2 |
| March 30, 2012 | IFM22G | USE OF DEADLY FORCE | 2 |
| March 30, 2012 | IFM22F | USE OF DEADLY FORCE | 1 |
| March 1, 2012 | NOC38G | GCIC SECURITY & INTEGRITY | 2 |
| March 1, 2012 | IGB20G | GCIC INQUIRY TERMINAL OPERATOR CERTIFICATION | 18 |

2012 Total Hours : 102

| Date | Code | Description | Hours |
|---|---|---|---|
| August 25, 2011 | INC08G | GEORGIA D.O.C. SPECIALIZED TRAINING | 2 |
| July 28, 2011 | NLM07G | LEGISLATIVE UPDATE | 3 |
| June 1, 2011 | INP00G | PAROLE BOARD ANNUAL INSERVICE TRNG. | 16 |
| April 21, 2011 | NBM70G | MANTRACKER PUBLIC SAFETY TRAINING CONFERENCE | 8 |
| April 5, 2011 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 2 |
| February 22, 2011 | NOE88G | PROB MANDATED INSERVICE | 15 |
| February 22, 2011 | INC08G | GEORGIA D.O.C. SPECIALIZED TRAINING | 1 |
| February 21, 2011 | INC08G | GEORGIA D.O.C. SPECIALIZED TRAINING | 8 |

2011 Total Hours : 55

| Date | Code | Description | Hours |
|---|---|---|---|
| December 6, 2010 | INC08G | GEORGIA D.O.C. SPECIALIZED TRAINING | 2 |
| December 3, 2010 | SAQ11G | POLICE TRAINING OFFICER (P.T.O.) | 40 |
| November 17, 2010 | INP00G | PAROLE BOARD ANNUAL INSERVICE TRNG. | 8 |
| November 8, 2010 | INB08G | DRUG IDENTIFICATION | 2 |
| November 3, 2010 | INC08G | GEORGIA D.O.C. SPECIALIZED TRAINING | 4 |
| November 2, 2010 | INC08G | GEORGIA D.O.C. SPECIALIZED TRAINING | 20 |
| August 19, 2010 | INC08G | GEORGIA D.O.C. SPECIALIZED TRAINING | 3 |
| June 24, 2010 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 2 |
| January 28, 2010 | NOE88G | PROB MANDATED INSERVICE | 14 |
| January 27, 2010 | NOC38G | GCIC SECURITY & INTEGRITY | 2 |
| January 22, 2010 | NOG10G | TACTICAL SQUAD TRAINING | 8 |

2010 Total Hours : 105

| Date | Code | Description | Hours |
|---|---|---|---|
| November 9, 2009 | IQL00G | LEADERSHIP | 6 |
| October 27, 2009 | IOG02G | COMPAS - THEORY (DOC) | 7 |
| July 30, 2009 | NOE94G | PROB OFFICER SAFETY INIT. | 12 |
| June 16, 2009 | IYI04G | MOTIVATIONAL INTERVIEWING | 7 |
| May 13, 2009 | INC08G | GEORGIA D.O.C. SPECIALIZED TRAINING | 24 |
| April 23, 2009 | INC08G | GEORGIA D.O.C. SPECIALIZED TRAINING | 4 |
| March 5, 2009 | INC08G | GEORGIA D.O.C. SPECIALIZED TRAINING | 8 |
| February 19, 2009 | NOE88G | PROB MANDATED INSERVICE | 16 |
| January 14, 2009 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 2 |
| January 14, 2009 | IFM07F | RED DOT SIGHT BASIC SHOOTER (8-16 HRS) | 2 |

2009 Total Hours : 88

| Date | Code | Course | Hours |
|---|---|---|---|
| October 6, 2008 | INC08G | GEORGIA D.O.C. SPECIALIZED TRAINING | 2 |
| August 25, 2008 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 2 |
| August 25, 2008 | INC08G | GEORGIA D.O.C. SPECIALIZED TRAINING | 2 |
| June 19, 2008 | NOE88G | PROB MANDATED INSERVICE | 16 |
| May 12, 2008 | NOE94G | PROB OFFICER SAFETY INIT. | 8 |
| April 20, 2008 | INC08G | GEORGIA D.O.C. SPECIALIZED TRAINING | 7 |
| April 16, 2008 | INC08G | GEORGIA D.O.C. SPECIALIZED TRAINING | 3 |
| | | 2008 Total Hours : | 40 |
| September 11, 2007 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 2 |
| August 8, 2007 | NOE74G | PROB - FAMILY/DOMESTIC VIOLENCE | 5 |
| July 23, 2007 | IFM07F | RED DOT SIGHT BASIC SHOOTER (8-16 HRS) | 4 |
| June 14, 2007 | NOE94G | PROB OFFICER SAFETY INIT. | 12 |
| June 1, 2007 | INC08G | GEORGIA D.O.C. SPECIALIZED TRAINING | 28 |
| May 17, 2007 | NOE88G | PROB MANDATED INSERVICE | 16 |
| February 9, 2007 | INC08G | GEORGIA D.O.C. SPECIALIZED TRAINING | 3 |
| January 17, 2007 | INC08G | GEORGIA D.O.C. SPECIALIZED TRAINING | 6 |
| | | 2007 Total Hours : | 76 |
| December 15, 2006 | INC08G | GEORGIA D.O.C. SPECIALIZED TRAINING | 11 |
| October 26, 2006 | NOG71G | BASIC MANAGEMENT TRAINING V | 24 |
| October 5, 2006 | NOA45G | BASIC MANAGEMENT TRAINING IV | 16 |
| October 2, 2006 | NOC03F | FIREARMS/AUTOPISTOL RECERT/USE OF DEADLY FRC. | 2 |
| September 26, 2006 | INC08G | GEORGIA D.O.C. SPECIALIZED TRAINING | 5 |
| September 14, 2006 | NOA44G | BASIC MANAGEMENT TRAINING III | 16 |
| August 31, 2006 | NOA43G | BASIC MANAGEMENT TRAINING II | 24 |
| August 10, 2006 | NOA42G | BASIC MANAGEMENT TRAINING I | 24 |
| July 7, 2006 | NOE94G | PROB OFFICER SAFETY INIT. | 4 |
| July 6, 2006 | NOE94G | PROB OFFICER SAFETY INIT. | 8 |
| June 8, 2006 | NOE88G | PROB MANDATED INSERVICE | 16 |
| March 6, 2006 | NOD41G | INTERSTATE COMPACT | 4 |
| January 24, 2006 | INC08G | GEORGIA D.O.C. SPECIALIZED TRAINING | 6 |
| | | 2006 Total Hours : | 160 |
| December 16, 2005 | SII01G | INSTRUCTOR TRAINING COURSE | 80 |
| October 4, 2005 | NOC03F | FIREARMS/AUTOPISTOL RECERT/USE OF DEADLY FRC. | 2 |
| June 30, 2005 | INC08G | GEORGIA D.O.C. SPECIALIZED TRAINING | 10 |
| April 22, 2005 | NOE94G | PROB OFFICER SAFETY INIT. | 4 |
| April 21, 2005 | NOE94G | PROB OFFICER SAFETY INIT. | 8 |
| March 22, 2005 | NOE88G | PROB MANDATED INSERVICE | 12 |
| February 10, 2005 | NOD94G | MICROSOFT POWERPOINT | 6 |
| | | 2005 Total Hours : | 122 |
| November 18, 2004 | INC08G | GEORGIA D.O.C. SPECIALIZED TRAINING | 6 |
| November 17, 2004 | NOD92G | MICROSOFT EXCEL LEVEL I | 6 |
| November 16, 2004 | NOD96G | MICROSOFT WORD LEVEL II | 6 |
| October 28, 2004 | INC08G | GEORGIA D.O.C. SPECIALIZED TRAINING | 4 |
| October 22, 2004 | NOC03F | FIREARMS/AUTOPISTOL RECERT/USE OF DEADLY FRC. | 2 |
| October 17, 2004 | INC08G | GEORGIA D.O.C. SPECIALIZED TRAINING | 3 |

SUB - 71

| Date | Code | Description | Hours |
|---|---|---|---|
| October 13, 2004 | IFM07F | RED DOT SIGHT BASIC SHOOTER (8-16 HRS) | 4 |
| October 5, 2004 | NOD95G | MICROSOFT WORD LEVEL I | 6 |
| July 23, 2004 | IFM07F | RED DOT SIGHT BASIC SHOOTER (8-16 HRS) | 4 |
| May 6, 2004 | IGM34G | G8 - PROTECTIVE OPERATIONS | 6 |
| April 27, 2004 | IFM07F | RED DOT SIGHT BASIC SHOOTER (8-16 HRS) | 4 |
| April 19, 2004 | INC08G | GEORGIA D.O.C. SPECIALIZED TRAINING | 8 |
| March 19, 2004 | INC08G | GEORGIA D.O.C. SPECIALIZED TRAINING | 16 |
| January 29, 2004 | NOE88G | PROB MANDATED INSERVICE | 6 |
| January 28, 2004 | NOE88G | PROB MANDATED INSERVICE | 6 |
| | | 2004 Total Hours : | 87 |
| December 9, 2003 | INC08G | GEORGIA D.O.C. SPECIALIZED TRAINING | 8 |
| December 1, 2003 | INC08G | GEORGIA D.O.C. SPECIALIZED TRAINING | 8 |
| October 30, 2003 | INC08G | GEORGIA D.O.C. SPECIALIZED TRAINING | 8 |
| October 6, 2003 | IFM07F | RED DOT SIGHT BASIC SHOOTER (8-16 HRS) | 4 |
| September 11, 2003 | INC08G | GEORGIA D.O.C. SPECIALIZED TRAINING | 32 |
| August 1, 2003 | BMQ99G | Basic Probation Officer Training | 160 |
| March 12, 2003 | NOD10G | INSERVICE 24 HRS | 24 |
| February 6, 2003 | NOG80G | PASSENGER VAN SAFETY | 2 |
| February 6, 2003 | NOG81G | ASBESTOS AWARENESS | 2 |
| | | 2003 Total Hours : | 248 |
| October 31, 2002 | NOG43G | VICTIM IMPACT OF CRIME CURR. | 18 |
| February 28, 2002 | NOC90G | GA. D.O.C. INSERVICE | 16 |
| February 28, 2002 | NOC90G | GA. D.O.C. INSERVICE | 16 |
| | | 2002 Total Hours : | 50 |
| August 24, 2001 | NOB37G | DEPRESSION IN THE OLDER INMATE | 6 |
| August 23, 2001 | NOB16G | CORRECTIVE THINKING CURRICULUM | 18 |
| June 7, 2001 | NOC90G | GA. D.O.C. INSERVICE | 16 |
| April 16, 2001 | NOB32G | DATA ASSESSMENT PLAN TRNG | 4 |
| March 12, 2001 | NOA93G | COMM. WETH SEX HAR VIDEO | 1 |
| | | 2001 Total Hours : | 45 |
| October 3, 2000 | NOC52G | GROUP FACILITATION SKILLS | 12 |
| June 15, 2000 | NOC96G | INSERVICE 2000 - SECURITY | 16 |
| June 15, 2000 | NOF64G | SEXUAL HARASSMENT UPDATEINSVC | 1 |
| March 17, 2000 | NOA39G | BASIC COUNSELOR ORIENTATION | 30 |
| February 4, 2000 | NOA41G | BASIC GROUP COUNSELING | 18 |
| | | 2000 Total Hours : | 77 |
| July 30, 1999 | 01022C | | 158 |
| July 30, 1999 | BMC85G | BASIC D.O.C. SECURITY TRNG | 160 |
| July 9, 1999 | 31614C | | 4 |
| June 18, 1999 | 31673C | | 24 |
| | | 1999 Total Hours : | 346 |
| January 1, 1998 | PAV01C | DOC WAIVER 1989-2001 | 20 |
| | | 1998 Total Hours : | 20 |

January 1, 1997         PAV01C              DOC WAIVER 1989-2001                                      20
    1997 Total Hours : 20

Summary of Hours for 25 Years

| Year | Total Hours | Firearms | Deadly Force | De-escalation | Community Policing |
|---|---|---|---|---|---|
| 2021 | 29 | 1 | 1 | 1 | 2 |
| 2020 | 41 | 1 | 1 | 1 | 6 |
| 2019 | 48 | 1 | 1 | 1 | 4 |
| 2018 | 114 | 1 | 1 | 1 | 2 |
| 2017 | 44 | 1 | 1 | 1 | 2 |
| 2016 | 495 | 2 | 2 | 1 | 2 |
| 2015 | 75 | 2 | 3 | 0 | 0 |
| 2014 | 47 | 2 | 2 | 0 | 0 |
| 2013 | 81 | 1 | 1 | 0 | 0 |
| 2012 | 102 | 1 | 3 | 0 | 0 |
| 2011 | 55 | 1 | 1 | 0 | 0 |
| 2010 | 105 | 1 | 1 | 0 | 0 |
| 2009 | 88 | 2 | 2 | 0 | 0 |
| 2008 | 40 | 2 | 2 | 0 | 0 |
| 2007 | 76 | 2 | 2 | 0 | 0 |
| 2006 | 160 | 3 | 3 | 0 | 0 |
| 2005 | 122 | 3 | 3 | 0 | 0 |
| 2004 | 87 | 1 | 1 | 0 | 0 |
| 2003 | 248 | 0 | 0 | 0 | 0 |
| 2002 | 50 | 0 | 0 | 0 | 0 |
| 2001 | 45 | 0 | 0 | 0 | 0 |
| 2000 | 77 | 0 | 0 | 0 | 0 |
| 1999 | 346 | 0 | 0 | 0 | 0 |
| 1998 | 20 | 0 | 0 | 0 | 0 |
| 1997 | 20 | 0 | 0 | 0 | 0 |
| **Grand Total of Hours (all years and courses)** | **2,615** | | | | |