## AFFIDAVIT AND WARRANT FOR ARREST OF PROBATIONER

STATE OF GEORGIA                                   COUNTY OF MITCHELL

VS

DESHAWN GERVIN                                     NUMBER 11-R-152



PLAINTIFF'S EXHIBIT 5
SMB 4/5/22

   Personally comes <u>Pamela Florence</u>, who on oath, says to the best of his knowledge and belief <u>Deshawn Gervin</u> was convicted of the offense of <u>Criminal Attempt to Commit Burglary</u> in the Superior Court of Mitchell County, Georgia on the 4th day of January, 2012, and was sentenced by said Court to a term of <u>ten (10) years, serve twelve (12) months, balance on probation. Do not return to South Georgia Judicial Circuit during probation.</u>

   The Probationer has violated the terms and conditions of said Probation in that as of the 29th day of May, 2012, said probationer has <u>failed to report to the Camilla Probation Office, Camilla, Mitchell County, Georgia, since release from the Mitchell County Jail on 01-20-12 and has absconded from probation supervision, his whereabouts are unknown.</u>

   This constitutes a violation of Condition of Probation <u>4 and 6</u>, which provides that defendant: <u>#4: Report to the Probation-Parole supervisor as directed and permit such Supervisor to visit him (her) at home or elsewhere and #6: Do not change his (her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor,</u> and deponent makes this affidavit that a Probation Violation Warrant may issue for his arrest.

Sworn to and subscribed before me
This 29th day of May, 2012.

_Tina Hornsley_
Notary Public, State of Georgia (Seal)
My Commission Expires 03-04-16

_Pamela Florence_
Pamela Florence
Probation Officer, III
South Georgia Judicial Circuit

### TO THE SHERIFF OF THE ABOVE NAMED COUNTY OR OTHER LAW ENFORCEMENT OFFICER OF THE STATE -- GREETINGS:

   Under authority of the Georgia Statewide Probation Act, you are hereby commanded to take the body of <u>Deshawn Gervin</u> of the following address <u>LKA: 4776 Ledbetter Rd., Camilla, GA 31730</u> and safely keep his until returned to this Court, there to answer to a charge of Violation of Probation:

   <u>Deshawn Gervin</u> was convicted of the offense of <u>Criminal Attempt to Commit Burglary</u> in the Superior Court of Mitchell County, Georgia, on the 4th day of January, 2012, and was sentenced by said Court to a term of <u>ten (10) years, serve twelve (12) months, balance on probation. Do not return to South Georgia Judicial Circuit during probation.</u>

   Based upon the above affidavit, the Court finds there is probable cause to believe that the Probationer has violated the terms and conditions of said Probation in that as of the 29th day of May, 2012, said probationer has <u>failed to report to the Camilla Probation Office, Camilla, Mitchell County, Georgia, since release from the Mitchell County Jail on 01-20-12 and has absconded from probation supervision, his whereabouts are unknown.</u>

   This constitutes a violation of Condition of Probation <u>4 and 6</u> which provides that defendant: <u>#4: Report to the Probation-Parole supervisor as directed and permit such Supervisor to visit him (her) at home or elsewhere and #6: Do not change his (her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.</u>

   ISSUED this 31 day of May, 2012.

_William Cato_
JUDGE, MITCHELL SUPERIOR COURT

CASE NO. 11-R-152

## AFFIDAVIT and WARRANT
## FOR
## ARREST OF PROBATIONER

COUNTY OF MITCHELL

STATE OF GEORGIA
VS
NAME: DESHAWN GERVIN
ADDRESS: LKA: 4776 LEDBETTER RD.
CAMILLA, GA 31730

AUTHORITY TO ARREST

Received _____, 20 ___
Executed _____, 20 ___
Arresting Officer _____

Title _____
B/M; DOB: ▮▮▮-93
SS#: ▮▮▮▮

## NON EST INVENTUS

The under signed officer hereby Certifies that a thorough and diligent Search for the probationer listed in this Warrant and affidavit has been made at But not limited to places of abode, known Places of frequencies, and others and that His/Her whereabouts are unknown and Cannot be located.

Signed this 23 day of Oct
20 14 at Camilla, Georgia.
      (City)
   Mitchell
    (County)

_____
Signature of Officer

Deputy
_____
Title