FILED IN OFFICE
MITCHELL COUNTY GEORGIA
2014 NOV -6 AM 11:37

IN THE SUPERIOR COURT OF MITCHELL COUNTY

STATE OF GEORGIA           *        CASE NO: 11-R-152

VS                         *

DESHAWN GERVIN             *

### AFFIDAVIT REQUESTING TOLLING OF SENTENCE

COMES NOW Probation Officer, Hoke Hampton, who states under oath and swears to the following:

The above-named defendant was sentenced in the Mitchell Superior Court on the 4th day of January, 2012 for the offense of <u>Criminal Attempt to Commit Burglary</u> and was sentenced to <u>ten (10) years, serve twelve (12) months, balance on probation. Do not return to South Georgia Judicial Circuit during probation</u>

On the 29th day of May, 2012, a warrant was requested on said Defendant for the following violations, to-wit: <u>failed to report to the Camilla Probation Office, Camilla, Mitchell County, Georgia, since release from the Mitchell County Jail on 01-20-12 and has absconded from probation supervision, his whereabouts are unknown.</u>

It now appears that the Defendant's whereabouts are unknown and that a thorough and diligent search has been made by law enforcement officers.

Therefore, this officer request that said warrant be tolled until such time as said Defendant reports to the probation supervisor, is taken into custody in this state, or is otherwise available to the Court.

Sworn to or affirmed under oath.
This 28th day of October 2014.

Hoke Hampton, Probation Officer

Notary Public, State of Georgia
My Commission Expires 3-4-16

### ORDER TOLLING SENTENCE

Upon consideration of the return of *non-est inventus* or other return to a warrant in the above-styled case for the violation of the terms and conditions of probation and upon it appearing from the return that the Defendant /Probationer cannot be found in the county that appears from the records of the probation supervisor to be the Defendant/Probationer's county of residence:

IT IS ORDERED pursuant to O.C.G.A. 42-8-36 that the running of the Defendant's/Probationer's probated sentence in the above-styled case is suspended upon signing of this order and shall continue until the Defendant/Probationer personally reports to the probation supervisor, is taken into custody in this state, or is otherwise available to the court. Further, such period of time shall not be included in computing creditable time served on probation or as any part of the time that the Defendant/Probationer was sentenced to serve.

It is So Ordered, this 31 day of ~~November~~ October, 2014.

Wallace Cato
Judge, Mitchell County Superior Court
South Ga. Judicial Circuit

PLAINTIFF'S EXHIBIT
13
SMB 4/5/22