# In The Matter Of:

*Dashawn Gervin vs.*
*Pamela Florence, et al.*

*Tandria Milton*
*April 12, 2022*

*LYON REPORTING, INC.*
*Certified Court Reporters*
*P.O. Box 81124*
*Atlanta, Georgia 30366*
*770/458-5500   800/767-2030*

Original File Tandria Milton - 4-12-22.txt
**Min-U-Script® with Word Index**

Case 1:21-cv-00067-LAG   Document 15-9   Filed 05/16/22   Page 2 of 17
Dashawn Gervin vs.
Pamela Florence, et al.
Tandria Milton
April 12, 2022

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF GEORGIA
 2                     ALBANY DIVISION

 3

 4   DASHAWN GERVIN,           )
                               )
 5              Plaintiff,     )  CIVIL ACTION FILE
                               )
 6        vs.                  )  NO. 1:21-cv-00067-LAG
                               )
 7   PAMELA FLORENCE, HOKE     )
     HAMPTON, and TANDRIA      )
 8   MILTON, in their          )
     individual capacities,    )
 9                             )
                Defendants.    )
10   _ _ _ _ _ _ _ _ _ _ _ _ _ )

11

12           DEPOSITION OF TANDRIA MILTON

13           (conducted remotely via Zoom)

14                 April 12, 2022

15                    10:08 a.m.

16

17

18

19    Sarah M. Bentley, RPR, CCR-B-1745  (via Zoom)

20

21

22

23              LYON REPORTING, INC.
                Certified Court Reporters
24      P.O. Box 81124, Atlanta, Georgia 30366
             770/458-5500  800/767-2030
25              www.lyonreporting.com
```

Page 2

```
 1                A P P E A R A N C E S
 2
 3   For the Plaintiff:
 4        ZACK W. GREENAMYER, ESQ.  (via Zoom)
          Mitchell & Shapiro, LLP
 5        Suite 650
          3490 Piedmont Road
 6        Atlanta, Georgia  30305
          (404) 997-8972
 7        zack@mitchellshapiro.com
 8
 9
10
11   For the Defendants:
12        LAURA L. LONES, ESQ.  (via Zoom)
          Assistant Attorney General
13        Georgia Office of the Attorney General
          40 Capitol Square, S.W.
14        Atlanta, Georgia  30334-9057
          (404) 656-6710
15        llones@law.ga.gov
16
17
18
19   Also Present:
20        Frank Lemmon, Videographer
          (Mitchell & Shapiro, LLP)
21
```

Page 3

```
 1                      I N D E X
 2
 3   EXAMINATION OF TANDRIA MILTON              PAGE
 4     By Mr. Greenamyre                          4
 5
 6
 7
 8
 9
10                  PLAINTIFF'S EXHIBITS
11   NUMBER        DESCRIPTION                  PAGE
12    4    *  Final Disposition in State vs.     22
              Dashawn Gervin, 1 page
13
14   10    *  10/8/21 e-mails between Lynn Baker 20
              and John Worsley regarding
15            banishment, 4 pages

16   12    *  Spreadsheet prepared by Lynn       24
              Hendon Baker with Offender
17            Case Notes, 3 pages

18   13    *  10/31/14 Affidavit Requesting      34
              Tolling of Sentence, 1 page
19
     14       7/24/19 Petition for Modification/ 16
20            Revocation of Probation, 4 pages

21   15       8/7/19 Probation Revocation Order, 29
              2 pages
22
23
24       * (Exhibits marked in previous deposition.)
25
```

Page 4

PROCEEDINGS

**MR. LEMMON:** On the video record at 10:08.

**MR. GREENAMYRE:** This will be the deposition of Ms. Tandria Milton in the matter of Gervin v. Florence, Case No. 1:21-67, pending in the Middle District of Georgia, Albany Division, taken pursuant to notice and agreement for all purposes permissible under the Federal rules.

Do we need any stipulations before we begin besides, you know, objections except to the form preserved?

I didn't hear you, Laura.

**MS. LONES:** That sounds fine.

**MR. GREENAMYRE:** Can we please swear the witness.

TANDRIA MILTON, having been first duly sworn to state the truth, was examined and testified as follows:

EXAMINATION

BY MR. GREENAMYRE:

Q. Ms. Milton, my name is Zack Greenamyre.

Page 5

 1  I represent Mr. Dashawn Gervin in this case.
 2          And, first off, I just want to thank you
 3  for taking a little bit of time today to talk with us.
 4  I know it's never something that's pleasant or
 5  convenient, and it sounds like you're -- you know,
 6  it's extra not ideal for you right now, so I
 7  appreciate you talking with us.
 8          And I will -- I don't expect this to go
 9  for all that long.  You know, certainly this is not
10  going to be a seven- or eight-hour deposition.  I
11  think it's going to be much, much shorter than that
12  and try and get you on your way.
13          Have you ever given a deposition before?
14     A.   **I'm not sure.**
15     Q.   Have you ever been a party to a lawsuit
16  before as a plaintiff or a defendant?
17     A.   **No.**
18     Q.   Have you ever testified in court or in a
19  court case other than in connection with your work as
20  a probation officer?
21     A.   **No.**
22     Q.   All right, since it sounds like you
23  probably haven't given a deposition before, I just
24  want to run through some quick ground rules.  So if
25  you can, especially since the video isn't great right

Page 6

 1  now, can you just give your answers out loud in words
 2  rather than, you know, "Uh-Huh" (affirmative), "Uh-Uh"
 3  (negative), or shaking your head?
 4     A.   **Okay.**
 5     Q.   And in some points this will feel kind of
 6  like a normal conversation where we can interrupt each
 7  other and stop each other, finish each other's
 8  sentences, but for the sake of the court reporter can
 9  we try and make it so that only one of us is talking
10  at the same time?
11     A.   **Okay.**
12     Q.   A couple more.  I'm going to do my very
13  best to ask clear questions, but if I ask a question
14  that's confusing, will you let me know that the
15  question is confusing?
16     A.   **Okay.**
17     Q.   And would you agree that if you answer a
18  question, it's fair to assume that you understood the
19  question?
20     A.   **Yes.**
21     Q.   Okay.  The other thing; you know, you can
22  take a break at any time.  You know, again, this isn't
23  going to go very long.  I just ask that you finish
24  whatever question has been posed before you take a
25  break, but break at any time, even though this isn't

Page 7

 1  going to go that long.
 2          And, lastly, if -- you know, this isn't a
 3  memory contest or anything like that so if you
 4  remember something that pops up, even if it's not a
 5  question that I've asked, you know, you want to go
 6  back and change an answer, by all means do that.  Just
 7  say, Can I go back and either add or delete or
 8  whatever to a previous answer.  Okay?
 9     A.   **Okay.**
10     Q.   All right.  So first is a background
11  question, and I'll tell you the reason I'm asking this
12  is in case we have a jury trial in this.  We want to
13  make sure that we have a fair and impartial jury that
14  doesn't know any of the people involved.
15          So I want to ask you if you have any
16  adult relatives that live within 150 miles or let's
17  say two hours' driving from downtown Albany?
18     A.   **No.**
19     Q.   And where do you live these days?  What
20  city?
21     A.   **Tallahassee.**
22     Q.   And did you grow up in the North Florida
23  area?
24     A.   **Yes.**
25     Q.   And what year did you graduate from high

Page 8

 1  school?
 2     A.   **2008.**
 3     Q.   And what kind of education do you have
 4  since then?
 5     A.   **A bachelor's degree in science.**
 6     Q.   Say that again?  Bachelor's degree in?
 7     A.   **Science.  Well, criminal justice.**
 8     Q.   From where?
 9     A.   **Columbus State.**
10     Q.   Anything else?  Any other certificates or
11  degrees or anything like that?
12     A.   **No.**
13     Q.   And I understand that you no longer work
14  as a probation officer.  What are you doing nowadays?
15     A.   **Probation officer.**
16     Q.   Okay, but just in the Florida system, not
17  in the Georgia system?
18     A.   **Yes.**
19     Q.   Okay.  And how does it work in Florida?
20  Is it -- you know, are you employed by the county or
21  by the state?
22     A.   **The county.**
23     Q.   Okay.  And what county employs you?
24     A.   **Leon.**
25     Q.   And my Florida geography isn't great.  Is

Page 9

1  that the county where Tallahassee is at?
2  **A.  Yes.**
3  Q.  And what is your title with them?
4     Are you a probation officer or anything?
5     You know, I know the Department of
6  Community Supervision had multiple different kinds of
7  titles for probation officers.
8  **A.  So probation/pretrial officer.**
9  Q.  And when did you leave your position with
10 the Department of Community Supervision?
11 **A.  August.**
12 Q.  This past August of 2021?
13 **A.  Yes.**
14 Q.  Okay.  And when did you start up with
15 Leon County?
16 **A.  March 7th.**
17 Q.  Any work in between August and March?
18 **A.  Yes.  I worked at Popeyes.**
19 Q.  In Georgia or in Florida?
20 **A.  In Florida.**
21 Q.  In Tallahassee?
22 **A.  No.  Fort Walton Beach.**
23 Q.  And when you left DCS what was your
24 reason for leaving?
25 **A.  I just wanted to leave.**

Page 10

1  Q.  What -- you know, I guess tell me sort of
2  what went into that decision or what made you want to
3  get out of there.
4  **A.  And I moved to Tallahassee, and I didn't**
5  **want to drive back and forth.**
6  Q.  Got it.  All right, so when did you start
7  up with DCS?
8  **A.  You say when did I start?**
9  Q.  Yes.
10 **A.  I don't remember the date.  It was in**
11 **July.**
12 Q.  Okay.  What year?
13 **A.  I'm not sure.  It was either 2015 or '16.**
14 Q.  When you started were you -- were you
15 employed by Georgia Department of Corrections or the
16 Department of Community Supervision?
17 **A.  Supervision.**
18 Q.  Okay, so you never worked for Department
19 of Corrections?
20 **A.  Not for DCS, no.**
21 Q.  Right.  I guess you were a correctional
22 officer before that in the state prison system,
23 correct?
24 **A.  Yes.**
25 Q.  Okay.  All right, so I want to ask a

Page 11

1  couple sort of background questions that don't have
2  anything to do with the facts of this case.  You know,
3  just sort of, you know, basics for being a probation
4  officer.  You know, sort of principals, and see
5  whether you agree or disagree.
6     So do you agree that in drafting and
7  filing warrants or probation revocations that
8  probation officers have to be accurate, complete, and
9  honest?
10 **A.  Yes.**
11 Q.  Do you agree that probation officers have
12 an obligation to fairly and accurately supervise and
13 administer probation?
14    It seems like you froze.
15 **A.  Yes.  I said "Yes".**
16 Q.  Okay.  You just froze for a second, but I
17 can hear you now.
18    Do you agree that fair and accurate
19 supervision of a probationer requires probation
20 officers to use only the best information reasonably
21 available to them in making decisions and reports?
22 **A.  You said the best information given to**
23 **them?**
24 Q.  Best information reasonably available to
25 them.

Page 12

1  **A.  Yes.**
2  Q.  Do you agree that the United States
3  Constitution prohibits probation officers from filling
4  out probation warrants or probation revocations when a
5  probationer is in full compliance with probation?
6  **A.  That I'm not sure about the Constitution.**
7  Q.  Let me ask it another way.
8     Do you think it's appropriate for a
9  probation officer to either fill out a probation
10 warrant or a probation revocation when a probationer
11 is in full compliance?
12 **A.  They shouldn't.**
13 Q.  Do you agree that if there's any doubt as
14 to the effect of a criminal sentence, the defendant
15 should be given the benefit of the doubt?
16 **A.  Can you ask the question again?**
17 Q.  Yes.  Do you agree that if there's any
18 doubt as to the effect of a criminal sentence, that
19 the defendant should be given the benefit of that
20 doubt?
21 **A.  I don't agree or disagree.**
22 Q.  Okay.  What about this one.  Do you agree
23 or disagree with the following; that an accused is
24 entitled to rely on the provisions in the sentencing
25 document unless he's informed to the contrary?

Page 13

1  A. I agree.
2  Q. All right. So tell me what you've done
3  to prepare for your deposition today other than
4  talking to your attorney.
5      I don't want to know any conversations
6  you and Laura may have had, but I do want to know if
7  you've looked at any documents or done any research or
8  had any other conversations besides with Laura.
9  A. **No, nothing besides our e-mails, and**
10 **that's it.**
11 Q. And I don't want to know the substance of
12 the e-mails themselves, but did you look at any, you
13 know, documents associated with this case?
14 A. **Yes.**
15 Q. And what documents did you look at
16 associated with this case?
17 A. **My witness statement and the probation**
18 **revocation.**
19 Q. The probation revocation. Do you mean
20 the petition that you signed, or do you mean the
21 transcript or both?
22 A. **I do not have the transcript.**
23 Q. All right. And it looks like your camera
24 went off. Are you able to turn that back on? Thank
25 you.

Page 14

1      Okay, so tell me, you know, in broad
2  strokes sort of what your involvement with this case
3  is from your perspective. What, if anything, did you
4  do in connection with Mr. Dashawn Gervin's probation
5  supervision?
6  A. **He was placed on my case when I was**
7  **hired. And he was arrested, and I notified my**
8  **supervisor who told me to do a petition for court. I**
9  **did a petition for court. The judge signed it. I**
10 **served him the petition at the jail.**
11 Q. What else?
12 A. **That's it.**
13 Q. I mean, I guess you also offered
14 testimony at the probation revocation hearing,
15 correct?
16 A. **I don't recall speaking during the**
17 **revocation.**
18 Q. Okay. I'll show you a transcript and,
19 you know, let me know if after looking at it, it
20 doesn't ring a bell.
21     And then did you -- were you involved in
22 any kind of supervision of Mr. Gervin after the
23 probation revocation hearing?
24 A. **Yes.**
25 Q. And what did that entail?

Page 15

1  A. I don't remember.
2  Q. You said your supervisor asked you to
3  fill out a probation violation or revocation. Who was
4  that? Was that Ms. Florence?
5  A. Yes.
6  Q. And prior to serving the probation
7  revocation on Mr. Gervin at the Mitchell County Jail
8  had you ever met Mr. Gervin before?
9  A. No.
10 Q. And, you know, setting aside the
11 probation revocation hearing, which we'll get to in a
12 minute, did you have any face-to-face interactions
13 with Mr. Gervin after his release from the Mitchell
14 County Jail?
15 A. Yes.
16 Q. What were those interactions?
17 A. **He -- I don't really recall the whole**
18 **conversation. Yeah, I don't really remember the whole**
19 **conversation.**
20 Q. Okay. Was it a -- tell me, was it one
21 conversation or multiple conversations?
22 A. **One.**
23 Q. And was it at the jail, at the probation
24 office, over the telephone?
25 A. **It was at the Albany DCS office.**

Page 16

1  Q. And was this before or after he was
2  released from the Mitchell County Jail?
3  A. After.
4  Q. Was this on his way back out of town?
5  A. **I'm not sure where he was going but**
6  **possibly. I'm not sure.**
7  Q. Yeah, I guess his sentence was he had to
8  stay out of the Southern Judicial Circuit, so
9  presumably he would have been getting out of town if
10 he was -- you didn't know -- let me ask a better
11 question.
12     You didn't have any information that he
13 violated his probation after his release from August
14 of 2019 by staying in the Southern Judicial Circuit,
15 do you?
16 A. **I don't have any information on that.**
17 Q. Okay. Let me show you some documents.
18     Okay, can you see the Petition for
19 Modification/Revocation of Probation document on your
20 screen?
21 A. Yes.
22     MR. GREENAMYRE: And can we mark this as
23    Exhibit 14.
24     (Plaintiff's Exhibit 14 was marked for
25    identification, attached at the end of the

Page 17

1    original transcript.)
2    BY MR. GREENAMYRE:
3        Q.    And is this the document that we were
4    talking about earlier that you filled out and then
5    served on Mr. Gervin?
6        A.    Yes.
7        Q.    And tell me what this document does.
8        A.    **This says his court date, fines, pending**
9    **charges.**
10       Q.    Does this give notice to the probationer
11   what their alleged violations of probation are?
12       A.    Yes.
13       Q.    And is this a document that also let's
14   the Court know what the allegations of a probation
15   violation are?
16       A.    Yes.
17       Q.    And is this a document -- we talked
18   earlier about certain documents that probation
19   officers have to fill out in an accurate and complete
20   fashion.  Is this such a document that needs to be
21   filled out accurate, complete, and honest?
22       A.    **It can also be modified if they have to,**
23   **if there are errors.**
24       Q.    Okay.  So if you fill out a form like
25   this and then realize that you made a mistake, you can

Page 18

1    go back and correct it, right?
2        A.    **Not the entire form.**
3        Q.    Say it again?
4        A.    **You can but not the entire form.**
5        Q.    Got it.  And did you ever have cause to
6    fill out a corrected version of this or a different
7    version of this, or is this the only version that
8    you're aware of?
9        A.    **I -- I don't remember.**
10       Q.    Is this something that you would have
11   submitted to Ms. Florence prior to filing with the
12   Court so that she could review it as your supervisor?
13       A.    Yes.
14       Q.    And it looks to me like this is four
15   pages that we have.  You know, they're labeled at the
16   bottom from 12 to 15, and on the first page we have
17   the modification revocation, your signature, the
18   judge's signature.
19             On the second page it looks like we have
20   the certificate of service.  Again, it looks like we
21   have your signature, and then is this Mr. Gervin's
22   signature?
23       A.    Yes.
24       Q.    And then we have Exhibit B, which is the
25   allegations of violation, violated Condition 4 and

Page 19

1    Condition 6.  Is that something that you wrote?
2        A.    **They come off -- the violations come from**
3    **the warrant that was done.**
4        Q.    Okay.  So you would have looked at the
5    warrant in this case and then taken those facts from
6    the warrant and put them here in Exhibit B; is that
7    correct?
8        A.    Yes.
9        Q.    Okay.  And that was the warrant that
10   Ms. Florence put together and swore out back in 2012,
11   correct?
12       A.    **I'm not sure what year it was.  If it**
13   **was, I wasn't there.**
14       Q.    Right.  Let me ask a better question.
15   That was the warrant that Ms. Florence swore out,
16   correct?
17       A.    Yes.
18       Q.    Okay.  And then on the last page we have
19   the witness list, which is just you, correct?
20       A.    Yes.
21       Q.    And did you put together the witness
22   list?
23       A.    Yes.
24             (Plaintiff's Exhibit 10 was previously
25             marked for identification, attached at the end

Page 20

1             of the original transcript.)
2    BY MR. GREENAMYRE:
3        Q.    I want to show you a document that's
4    previously been marked as Exhibit 10, and these are
5    e-mails, you know, from 2021 so after you would have
6    left DCS, and you're not on these e-mails so I just
7    want to make that clear.  You know, this has -- you
8    know, nobody is e-mailing you, but there's a couple
9    statements in here that I want to look at and see
10   whether they're consistent with your understanding.
11            So, first off, you know, since you
12   were -- you were only a probation officer under the
13   Department of Community Supervision, did you ever have
14   cause to work with the Scribe, the old system, the
15   Scribe system, or did you only work in the Portal
16   system?
17       A.    **I think I only worked in the Portal**
18   **system.**
19       Q.    Okay.  And looking here, we have a
20   May 5th of 2021 e-mail from Ms. Baker to Mr. Worsley
21   and Ms. Florence, and it says, I don't see the
22   sentence on this individual uploaded in the Portal.
23            And then later here it says -- you know,
24   this is later that afternoon, a couple hours later,
25   you know, While you're at the Clerk's Office can you

Page 21

1  get the whole file, including the revocation packets
2  and orders.  And then it looks like Ms. Florence sends
3  those attachments to -- to the people that were asking
4  for them.
5         So my question to you with this windup is
6  did you ever review the sentence, Gervin's sentence in
7  the Portal system before -- let me ask a better
8  question.
9         Did you ever review Gervin's sentence in
10 2019?
11     A.    Yes.
12     Q.    And do you agree with these e-mails that
13 the sentence was not in the Portal system as of 2019?
14     A.    I'm not sure.
15     Q.    Okay.  So if the sentence wasn't in the
16 Portal system, how did you go about seeing
17 Mr. Gervin's sentence?
18     A.    The clerk's office.
19     Q.    Okay.  When would you have reviewed
20 Mr. Gervin's sentence?
21         Would it have been -- you know, I don't
22 expect you to remember the exact date necessarily, but
23 would this be before you filled out the petition for
24 modification and revocation?
25     A.    Yes.

Page 22

1     Q.    Okay.
2         (Plaintiff's Exhibit 4 was previously
3         marked for identification, attached at the end
4         of the original transcript.)
5  BY MR. GREENAMYRE:
6     Q.    And I want to show you what's previously
7  been marked as Plaintiff's 4, which is Mr. Gervin's
8  sentence.
9         Do you recognize this to be Mr. Gervin's
10 sentence in this case?
11     A.    Yes.
12     Q.    Okay.  And this is the sentence that says
13 do not return to South Georgia Judicial Circuit during
14 probation, and then all the boxes for the general
15 conditions of probation and other conditions of
16 probation are not checked.  That's correct, right?
17     A.    Uh-huh (affirmative), yes.
18     Q.    And you reviewed this document before you
19 created the Petition for Modification/Revocation,
20 correct?
21     A.    Yes.
22     Q.    And that's pursuant to DCS policy that
23 says you got to look at the sentence itself before you
24 take out a warrant or seek a revocation?
25     A.    I don't remember the policy, sir.

Page 23

1     Q.    Okay.  But it would make sense to look at
2  the sentence itself before you took out a warrant or
3  issued a revocation because you can't possibly
4  remember what every probationer's sentence is off the
5  top of your head, right?
6     A.    Yes.
7     Q.    And so another question about this.  You
8  know, under Paragraph 3 in Plaintiff's 14 it says, you
9  know, The sentence is attached hereto as Exhibit A and
10 specifically incorporated herein.
11        I don't see, you know, in the documents
12 that have been produced to us, you know, any time that
13 this was -- that the sentence was included in your
14 petition for modification and revocation.
15        Are you aware of, you know, any -- any
16 other documentation or any other place where the
17 sentence might have been included?
18     A.    I'm not sure.
19     Q.    And so besides looking at the sentence
20 and looking at Ms. Florence's warrant affidavit, what,
21 if anything, else did you do, you know, research or
22 diligence wise prior to signing this petition/
23 revocation?
24     A.    I read the case notes that was put in.
25        (Plaintiff's Exhibit 12 was previously

Page 24

1         marked for identification, attached at the end
2         of the original transcript.)
3  BY MR. GREENAMYRE:
4     Q.    And I want to show you what has been
5  marked as Plaintiff's 12.  You know, this is a
6  spreadsheet.  Obviously you can't see everything, but
7  are these the case notes that you're referring to?
8     A.    I don't remember.
9     Q.    Okay.  It looks like, you know, it says
10 July 17th, 2019.  It's got your name, and it says,
11 Petition and Exhibit B completed on this day and then
12 a week later DR submitted on this day and then
13 Ms. Florence approves it on that same day.  And then a
14 couple weeks later on August 7th, 2019, there's a
15 revocation hearing.
16        Can you see all of that?
17     A.    Uh-huh (affirmative).
18     Q.    And does this look to be the case notes
19 that you were referring to?
20     A.    I don't remember it, if it is.
21     Q.    Yeah, I guess I just want to make sure
22 that I understand, right, and is there, you know, any
23 other document that would be the case notes other than
24 something that sort of looks like this spreadsheet?
25     A.    No.

Page 25

1  Q. Okay. Yeah, I just want to make sure
2  when you say "case notes" we're talking about the same
3  sort of document.
4      Okay, and it looks like on that same day,
5  8/7/2019, the day of the probation revocation hearing,
6  there's a note up at the top that says, you know, At
7  4:05 subject reported in office after being released
8  from the Justice Center. Updated subject contact info
9  and photo. Subject was instructed to report to the
10 Albany probation office on 8/8/19, 9:30, to speak with
11 Ms. Milton.
12     Did he then -- did you then meet with him
13 the next day?
14 A. I did --
15 **THE COURT REPORTER:** Can you repeat that,
16 please?
17 BY MR. GREENAMYRE:
18 Q. The court reporter is asking can you
19 please just repeat your last answer?
20 **A. I said I did meet with him. I'm not sure**
21 **if it was the following day. I can't remember the**
22 **dates and timeframes.**
23 Q. Yeah, it was a couple years ago. If it
24 helps, if you look in the spreadsheet, it's got your
25 name and then on 8/8, which was the next day, it looks

Page 26

1  like you had some entry that he's eligible for
2  unsupervised at that point.
3      Does that refresh your recollection as to
4  whether you would have met with him or not on that
5  day?
6  A. Yes.
7  Q. All right. All right, so I want to go
8  back to the question that I posed a minute ago.
9      So what else, if anything, did you do
10 before filling out the probation/revocation form that
11 we've been talking about besides, one, looking at the
12 sentence, two, looking at Ms. Florence's warrant and,
13 three, reading the case notes?
14 **A. I can't remember if I did do anything**
15 **else.**
16 Q. All right. Let's clear some stuff.
17     All right, so I want to show you a
18 transcript of the probation revocation hearing, and it
19 looks like, you know, we have ADA Richardson, Public
20 Defender Mr. McLendon. We have -- we've got Pat
21 Brewer as our court reporter, and then you are the
22 witness. And there's a couple questions for you.
23     So I understand that you may not have a
24 specific recollection of this hearing, but just to be
25 clear you're not going to -- you know, you don't

Page 27

1  dispute that you were a witness and offered testimony
2  at Mr. Gervin's probation revocation?
3  A. I did.
4  Q. Yeah, just so I understand, you did
5  testify at his hearing, right?
6  A. I did.
7  Q. Thanks. All right, and so I want to go
8  back to the front of this. This, if you can see where
9  my mouse is at, it says that, you know, this hearing
10 took place February 2nd, 2021, you know, so a little
11 over a year ago.
12     But we can agree that's not right; this
13 hearing would have actually taken place in 2019,
14 correct, based on the case notes and everything else?
15 A. Yes.
16 Q. Gotch you. Okay, so scrolling down to
17 the fourth page, you were asked by Mr. Richardson when
18 Mr. Gervin was placed on probation was he made aware
19 of his conditions of probation, and you said, I'm not
20 sure unless the judge said it when sentencing.
21     Do you have any other information about
22 whether Mr. Gervin would have been given his
23 conditions of probation other than in that court
24 hearing?
25 **A. I'm not sure. If he was sentenced in**

Page 28

1  **2012, I have no idea. I don't know.**
2  Q. Yeah, he may have, he may not have been,
3  but you don't have any knowledge of it, to be clear,
4  right?
5  A. Correct.
6  Q. All right. Did you prepare an outline of
7  your testimony prior to -- that you sent to
8  Ms. Florence prior to attending this hearing?
9  A. I don't recall.
10 Q. Is that something that she would
11 sometimes ask you to do; to submit a, you know,
12 outline of your testimony prior to offering testimony
13 at a probation revocation hearing?
14 A. Sometimes.
15 Q. So if you look at the end of this, the
16 certificate of reporter, it looks like this transcript
17 wasn't prepared until 2021 in connection with this
18 lawsuit, I'll represent to you.
19     Did you -- so obviously you didn't have
20 the benefit of this transcript when you testified or
21 when you were involved in his probation. Actually let
22 me scrap that. Give me one second.
23     All right, so I want to show you a
24 transcript of his guilty plea in this case, also with
25 Ms. Brewer as the court reporter. This is from 2012

Page 29

1  via video conference so well before you were involved
2  in DCS.
3      But looking at this, you know, Ms. Brewer
4  didn't prepare this transcript until 2021 so eight
5  years after, nine years after the fact. Just to be
6  clear, you didn't have any way of knowing what
7  happened at this 2012 guilty plea other than by
8  looking at the sentence that we looked at earlier,
9  correct?
10     A.   Right.
11     Q.   All right.
12          (Plaintiff's Exhibit 15 was marked for
13     identification, attached at the end of the
14     original transcript.)
15  BY MR. GREENAMYRE:
16     Q.   I want to show you what we'll mark as
17  Plaintiff's 15, Probation Revocation Order in this
18  case, and it looks like, you know, this is a
19  preprinted form for if someone has violated the terms
20  of their probation. And the judge says that, you
21  know, there's no -- doesn't check any boxes for having
22  violated the terms of probation.
23          It just says the probation keeps on
24  going; is that correct?
25     A.   Yes.

Page 30

1      Q.   And is that your understanding of what
2  happened at the probation revocation hearing in August
3  of 2019 that you testified at?
4      A.   Yes.
5      Q.   And was your understanding that he was
6  just reinstated on his probation because it turned out
7  that he didn't have any obligation to report in person
8  to the South Georgia DCS office, correct?
9      A.   I was unsure. I think he wanted to have
10  us look at the transcript from when he was sentenced.
11     Q.   Say that again? I think I misunderstood
12  or part of your answer got chopped out.
13     A.   I said that we were unsure if that was
14  the only condition he had, so we had to request
15  transcripts, if they had any.
16     Q.   Okay. And there was no transcript of his
17  sentencing until 2021, correct?
18     A.   Did you say something?
19     Q.   Yes. I asked, and maybe you answered my
20  question and I just didn't -- it didn't come through,
21  but I believe the last thing that I heard you say was
22  that you weren't sure of exactly what his sentence was
23  or what it meant without looking at the transcript of
24  his sentencing.
25          And my next question after that was you

Page 31

1  weren't able to look at the transcript of his
2  sentencing because that wasn't created until 2021, is
3  that accurate?
4      A.   **I don't know when it was created. I see
5  what you put up there, but I'm not sure if that's the
6  one from 2012 or the one from 2019.**
7      Q.   Okay, so I'll show you again. I mean,
8  what I have, it looks like this is from 2012 and just,
9  you know, shifting through the pages it looks like
10 Ms. Brewer didn't create this until 2021.
11          So I guess my question is, do you have a
12 specific recollection of reading a transcript back in
13 2019?
14     A.   No.
15     Q.   All right, so I want to look back at his
16 sentence and then another document. So in his
17 sentence it looks like, you know, he has a total of
18 ten years, split sentence, one year in confinement and
19 nine years on probation; is that right, starting -- I
20 guess, you know, my question is, first, when would his
21 probation be over?
22     A.   **Ten years from the date he's sentenced.
23 I don't know about the exact end date.**
24     Q.   But it looks like the latest that it
25 would be would be January 4th of 2022, so a few months

Page 32

1  ago. Does that sound right to you?
2      A.   Yes.
3      Q.   And that looks consistent with your
4  Petition for Modification/Revocation, which says that
5  the time range is two years, four months, 27 days as
6  of July, 2019.
7           You know, I don't have the exact math in
8  front of me but that sounds like, you know, he would
9  be getting off probation about two years from -- or
10 two years, two and a half years from July of 2019,
11 which would put us in January of 2022.
12          My question for you is what, if any,
13 effect does Mr. Hampton's tolling have on this?
14          His affidavit of tolling and the order
15 tolling the sentence.
16     A.   What effect did it have on it?
17     Q.   Yeah. So I assume, you know, we have
18 this document. Mr. Hampton requests that the
19 probation be tolled, and the judge orders that it be
20 tolled effective October, 2014, and then Mr. Gervin
21 doesn't get arrested until, you know, 2019.
22          You know, is his -- was his probation
23 tolled for five years?
24          Does he have five more years on his
25 probation?

Case 1:21-cv-00067-LAG   Document 15-9   Filed 05/16/22   Page 10 of 17
Dashawn Gervin vs.
Pamela Florence, et al.
Tandria Milton
April 12, 2022

Page 33

1  **A.   He was arrested before that.**
2  Q.   You said he was arrested before that?
3  **A.   Yes.**
4  Q.   Okay.  Because what we have is that he
5  was arrested in 2019, and maybe I can show you those
6  documents.  Give me one second.
7      All right.  Thanks for bearing with me a
8  second.
9      So, you know, we have this document from
10 Wake County, North Carolina, showing that he gets
11 picked up in May of 2019 and is being held and ends up
12 getting picked up and extradited to the State of
13 Georgia on a probation violation.
14     So just if you can assume that he gets
15 arrested in this timeframe, April or May of 2019, does
16 that sound right to you?
17     Ms. Milton, it looks like you froze
18 again.
19     Ms. Milton, can you hear me?
20 **A.   I said I don't remember exactly, but I**
21 **would have to check the jail.**
22 Q.   Ms. Milton, you cut out for a while so I
23 didn't hear anything, but I guess my question was, you
24 know, if -- do these dates look right as to when
25 Mr. Gervin would have been arrested, you know, and

Page 34

1  brought to -- brought back to Georgia in, you know,
2  spring, early summer of 2019?
3  **A.   Yes.**
4  Q.   Did you say -- sorry, did you say "Yes"?
5  **A.   Yes.**
6  Q.   Okay.  So looking back to Exhibit 13, the
7  affidavit requesting tolling of sentence, you know,
8  assuming again that he -- this order from 2014 says
9  that his sentence is going to be tolled from 2014
10 until the time that he's arrested, which was in 2019,
11 is your understanding that Mr. Gervin may still be on
12 probation as a result of this tolling, or is your
13 understanding that he is off probation as of January,
14 2022?
15 **A.   He's off probation.**
16 Q.   Okay.  And when someone goes off
17 probation are they given any kind of documentation or
18 anything like that, or are they just, you know, left
19 to understand that themselves?
20 **A.   I believe the secretary would send out**
21 **the completion form.**
22 Q.   Okay.
23 **A.   But I have never sent one out so I**
24 **wouldn't know.**
25 Q.   Okay.  Fair enough.

Page 35

1      All right, so I'm trying to ask and get
2  all the details about your involvement in this case,
3  but I want to make sure that I have all the
4  information I need about this.
5      Is there anything that I haven't asked
6  you about that you think is important to know about
7  your work as a probation officer in connection with
8  Mr. Gervin?
9  **A.   No.**
10 **MR. GREENAMYRE:** That is all the
11 questions I have for you.
12 **MS. LONES:** I don't have any questions.
13 Thank you for your time, Ms. Milton.
14 **THE COURT REPORTER:** Reading and signing,
15 please?
16 **MS. LONES:** Yes, we'll read and sign.
17 **MR. LEMMON:** Going off the video record
18 at 11:07.
19     (The right of the witness to read and
20 sign the depositiion transcript was reserved.)
21     (Proceedings concluded at 11:07 a.m.)
22             *   *   *

Page 36

```
                    E R R A T A
DASHAWN GERVIN,              )
                             )
              Plaintiff,     )   CIVIL ACTION FILE
                             )
    vs.                      )   NO. 1:21-CV-00067-LAG
                             )
PAMELA FLORENCE, HOKE        )
HAMPTON, and TANDRIA         )
MILTON, in their             )
individual capacities,       )
                             )
              Defendants.    )
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _)
```

    I, the undersigned, TANDRIA MILTON, do hereby
certify that I have read the foregoing transcript of
my deposition and that:

    _____   1)   There are no changes noted.

    _____   2)   Changes are noted below.

    To assist you in making changes, please use this
form.  If additional pages are needed, please furnish
same and attach them to this sheet.

Page_____ Line_____ should read:_____
_____
Reason for change:_____
Page_____ Line_____ should read:_____
_____
Reason for change:_____
Page_____ Line_____ should read:_____
_____
Reason for change:_____
Page_____ Line_____ should read:_____
_____
Reason for change:_____

Page 37

1  DEPOSITION OF TANDRIA MILTON
2  Page_____ Line_____ should read:_____
3  Reason for change:_____
4  Page_____ Line_____ should read:_____
5  Reason for change:_____
6  Page_____ Line_____ should read:_____
7  Reason for change:_____
8  Page_____ Line_____ should read:_____
9  Reason for change:_____
10 Page_____ Line_____ should read:_____
11 Reason for change:_____
12 Page_____ Line_____ should read:_____
13 Reason for change:_____
14 Page_____ Line_____ should read:_____
15 Reason for change:_____
16 Page_____ Line_____ should read:_____
17 Reason for change:_____
18 Page_____ Line_____ should read:_____
19 Reason for change:_____
20                        _____
21                              TANDRIA MILTON
22 Sworn to and subscribed before me this
   _____ day of _____, 2022.
23 _____
24 Notary Public
   My commission expires _____
25

Page 38

1              C E R T I F I C A T E
2
3
4         I, SARAH M. BENTLEY, Certified Court
5  Reporter, Registered Professional Reporter and Notary
6  Public, do hereby certify that previous to the
7  commencement of the examination, the witness was duly
8  sworn by me; that the said proceedings were taken in
9  machine shorthand by me at the time and place
10 aforesaid and were thereafter reduced to typewritten
11 form under my direction, Pages 1 - 38; that the
12 foregoing is a true, complete, and correct transcript
13 of said proceedings.
14        I further certify that I am not employed
15 by, related to, nor counsel for any of the parties
16 herein, nor otherwise interested in the outcome of
17 this litigation.
18        IN WITNESS WHEREOF, I have affixed my
19 signature and seal this 14th day of April, 2022.
20
21
22        _____
23              SARAH M. BENTLEY, CCR-B-1745
24
25

## A

**able (2)**
13:24;31:1
**accurate (5)**
11:8,18;17:19,21;
31:3
**accurately (1)**
11:12
**accused (1)**
12:23
**actually (2)**
27:13;28:21
**ADA (1)**
26:19
**add (1)**
7:7
**administer (1)**
11:13
**adult (1)**
7:16
**affidavit (3)**
23:20;32:14;34:7
**affirmative (3)**
6:2;22:17;24:17
**afternoon (1)**
20:24
**again (9)**
6:22;8:6;12:16;18:3,
20;30:11;31:7;33:18;
34:8
**ago (4)**
25:23;26:8;27:11;
32:1
**agree (13)**
6:17;11:5,6,11,18;
12:2,13,17,21,22;13:1;
21:12;27:12
**agreement (1)**
4:10
**Albany (4)**
4:9;7:17;15:25;
25:10
**allegations (2)**
17:14;18:25
**alleged (1)**
17:11
**answered (1)**
30:19
**appreciate (1)**
5:7
**appropriate (1)**
12:8
**approves (1)**
24:13
**April (1)**
33:15
**area (1)**
7:23
**arrested (8)**
14:7;32:21;33:1,2,5,
15,25;34:10

**aside (1)**
15:10
**associated (2)**
13:13,16
**assume (3)**
6:18;32:17;33:14
**assuming (1)**
34:8
**attached (6)**
16:25;19:25;22:3;
23:9;24:1;29:13
**attachments (1)**
21:3
**attending (1)**
28:8
**attorney (1)**
13:4
**August (6)**
9:11,12,17;16:13;
24:14;30:2
**available (2)**
11:21,24
**aware (3)**
18:8;23:15;27:18

## B

**bachelor's (2)**
8:5,6
**back (13)**
7:6,7;10:5;13:24;
16:4;18:1;19:10;26:8;
27:8;31:12,15;34:1,6
**background (2)**
7:10;11:1
**Baker (1)**
20:20
**based (1)**
27:14
**basics (1)**
11:3
**Beach (1)**
9:22
**bearing (1)**
33:7
**begin (1)**
4:14
**bell (1)**
14:20
**benefit (3)**
12:15,19;28:20
**besides (5)**
4:14;13:8,9;23:19;
26:11
**best (4)**
6:13;11:20,22,24
**better (3)**
16:10;19:14;21:7
**bit (1)**
5:3
**both (1)**
13:21
**bottom (1)**

18:16
**boxes (2)**
22:14;29:21
**break (3)**
6:22,25,25
**Brewer (4)**
26:21;28:25;29:3;
31:10
**broad (1)**
14:1
**brought (2)**
34:1,1

## C

**camera (1)**
13:23
**Can (23)**
4:18;5:25;6:1,6,8,21;
7:7;11:17;12:16;16:18,
22;17:22,25;18:4;
20:25;24:16;25:15,18;
27:8,12;33:5,14,19
**Carolina (1)**
33:10
**Case (21)**
4:8;5:1,19;7:12;
11:2;13:13,16;14:2,6;
19:5;22:10;23:24;24:7,
18,23;25:2;26:13;
27:14;28:24;29:18;
35:2
**cause (2)**
18:5;20:14
**Center (1)**
25:8
**certain (1)**
17:18
**certainly (1)**
5:9
**certificate (2)**
18:20;28:16
**certificates (1)**
8:10
**change (1)**
7:6
**charges (1)**
17:9
**check (2)**
29:21;33:21
**checked (1)**
22:16
**chopped (1)**
30:12
**Circuit (3)**
16:8,14;22:13
**city (1)**
7:20
**clear (6)**
6:13;20:7;26:16,25;
28:3;29:6
**Clerk's (2)**
20:25;21:18

**Columbus (1)**
8:9
**Community (4)**
9:6,10;10:16;20:13
**complete (3)**
11:8;17:19,21
**completed (1)**
24:11
**completion (1)**
34:21
**compliance (2)**
12:5,11
**concluded (1)**
35:21
**Condition (3)**
18:25;19:1;30:14
**conditions (4)**
22:15,15;27:19,23
**conference (1)**
29:1
**confinement (1)**
31:18
**confusing (2)**
6:14,15
**connection (4)**
5:19;14:4;28:17;
35:7
**consistent (2)**
20:10;32:3
**Constitution (2)**
12:3,6
**contact (1)**
25:8
**contest (1)**
7:3
**contrary (1)**
12:25
**convenient (1)**
5:5
**conversation (4)**
6:6;15:18,19,21
**conversations (3)**
13:5,8;15:21
**corrected (1)**
18:6
**correctional (1)**
10:21
**Corrections (2)**
10:15,19
**county (9)**
8:20,22,23;9:1,15;
15:7,14;16:2;33:10
**couple (7)**
6:12;11:1;20:8,24;
24:14;25:23;26:22
**court (14)**
5:18,19;6:8;14:8,9;
17:8,14;18:12;25:15,
18;26:21;27:23;28:25;
35:14
**create (1)**
31:10
**created (3)**

22:19;31:2,4
**criminal (3)**
8:7;12:14,18
**cut (1)**
33:22

## D

**Dashawn (2)**
5:1;14:4
**date (5)**
10:10;17:8;21:22;
31:22,23
**dates (2)**
25:22;33:24
**day (9)**
24:11,12,13;25:4,5,
13,21,25;26:5
**days (2)**
7:19;32:5
**DCS (8)**
9:23;10:7,20;15:25;
20:6;22:22;29:2;30:8
**decision (1)**
10:2
**decisions (1)**
11:21
**defendant (3)**
5:16;12:14,19
**Defender (1)**
26:20
**degree (2)**
8:5,6
**degrees (1)**
8:11
**delete (1)**
7:7
**Department (6)**
9:5,10;10:15,16,18;
20:13
**depositiion (1)**
35:20
**deposition (5)**
4:7;5:10,13,23;13:3
**details (1)**
35:2
**different (2)**
9:6;18:6
**diligence (1)**
23:22
**disagree (3)**
11:5;12:21,23
**dispute (1)**
27:1
**District (1)**
4:9
**Division (1)**
4:10
**document (14)**
12:25;16:19;17:3,7,
13,17,20;20:3;22:18;
24:23;25:3;31:16;
32:18;33:9

**documentation (2)**
23:16;34:17
**documents (7)**
13:7,13,15;16:17;
17:18;23:11;33:6
**done (3)**
13:2,7;19:3
**doubt (4)**
12:13,15,18,20
**down (1)**
27:16
**downtown (1)**
7:17
**DR (1)**
24:12
**drafting (1)**
11:6
**drive (1)**
10:5
**driving (1)**
7:17
**duly (1)**
4:21
**during (2)**
14:16;22:13

**E**

**earlier (3)**
17:4,18;29:8
**early (1)**
34:2
**education (1)**
8:3
**effect (4)**
12:14,18;32:13,16
**effective (1)**
32:20
**eight (1)**
29:4
**eight-hour (1)**
5:10
**either (3)**
7:7;10:13;12:9
**eligible (1)**
26:1
**else (6)**
8:10;14:11;23:21;
26:9,15;27:14
**e-mail (1)**
20:20
**e-mailing (1)**
20:8
**e-mails (5)**
13:9,12;20:5,6;21:12
**employed (2)**
8:20;10:15
**employs (1)**
8:23
**end (7)**
16:25;19:25;22:3;
24:1;28:15;29:13;
31:23

**ends (1)**
33:11
**enough (1)**
34:25
**entail (1)**
14:25
**entire (2)**
18:2,4
**entitled (1)**
12:24
**entry (1)**
26:1
**errors (1)**
17:23
**especially (1)**
5:25
**even (2)**
6:25;7:4
**exact (3)**
21:22;31:23;32:7
**exactly (2)**
30:22;33:20
**EXAMINATION (1)**
4:23
**examined (1)**
4:22
**except (1)**
4:14
**Exhibit (12)**
16:23,24;18:24;19:6,
24;20:4;22:2;23:9,25;
24:11;29:12;34:6
**expect (2)**
5:8;21:22
**extra (1)**
5:6
**extradited (1)**
33:12

**F**

**face-to-face (1)**
15:12
**fact (1)**
29:5
**facts (2)**
11:2;19:5
**fair (4)**
6:18;7:13;11:18;
34:25
**fairly (1)**
11:12
**fashion (1)**
17:20
**February (1)**
27:10
**Federal (1)**
4:11
**feel (1)**
6:5
**few (1)**
31:25
**file (1)**

21:1
**filing (2)**
11:7;18:11
**fill (5)**
12:9;15:3;17:19,24;
18:6
**filled (3)**
17:4,21;21:23
**filling (2)**
12:3;26:10
**fine (1)**
4:17
**fines (1)**
17:8
**finish (2)**
6:7,23
**first (6)**
4:21;5:2;7:10;18:16;
20:11;31:20
**five (2)**
32:23,24
**Florence (9)**
4:8;15:4;18:11;
19:10,15;20:21;21:2;
24:13;28:8
**Florence's (2)**
23:20;26:12
**Florida (6)**
7:22;8:16,19,25;
9:19,20
**following (2)**
12:23;25:21
**follows (1)**
4:22
**form (7)**
4:15;17:24;18:2,4;
26:10;29:19;34:21
**Fort (1)**
9:22
**forth (1)**
10:5
**four (2)**
18:14;32:5
**fourth (1)**
27:17
**front (2)**
27:8;32:8
**froze (3)**
11:14,16;33:17
**full (2)**
12:5,11

**G**

**general (1)**
22:14
**geography (1)**
8:25
**Georgia (8)**
4:9;8:17;9:19;10:15;
22:13;30:8;33:13;34:1
**Gervin (13)**
4:8;5:1;14:22;15:7,8,

13;17:5;27:18,22;
32:20;33:25;34:11;
35:8
**Gervin's (9)**
14:4;18:21;21:6,9,
17,20;22:7,9;27:2
**gets (2)**
33:10,14
**given (7)**
5:13,23;11:22;12:15,
19;27:22;34:17
**goes (1)**
34:16
**Gotch (1)**
27:16
**graduate (1)**
7:25
**great (2)**
5:25;8:25
**GREENAMYRE (12)**
4:6,18,24,25;16:22;
17:2;20:2;22:5;24:3;
25:17;29:15;35:10
**ground (1)**
5:24
**grow (1)**
7:22
**guess (8)**
10:1,21;14:13;16:7;
24:21;31:11,20;33:23
**guilty (2)**
28:24;29:7

**H**

**half (1)**
32:10
**Hampton (1)**
32:18
**Hampton's (1)**
32:13
**happened (2)**
29:7;30:2
**head (2)**
6:3;23:5
**hear (4)**
4:16;11:17;33:19,23
**heard (1)**
30:21
**hearing (14)**
14:14,23;15:11;
24:15;25:5;26:18,24;
27:5,9,13,24;28:8,13;
30:2
**held (1)**
33:11
**helps (1)**
25:24
**herein (1)**
23:10
**hereto (1)**
23:9
**high (1)**

7:25
**hired (1)**
14:7
**honest (2)**
11:9;17:21
**hours (1)**
20:24
**hours' (1)**
7:17

**I**

**idea (1)**
28:1
**ideal (1)**
5:6
**identification (5)**
16:25;19:25;22:3;
24:1;29:13
**impartial (1)**
7:13
**important (1)**
35:6
**included (2)**
23:13,17
**including (1)**
21:1
**incorporated (1)**
23:10
**individual (1)**
20:22
**info (1)**
25:8
**information (7)**
11:20,22,24;16:12,
16;27:21;35:4
**informed (1)**
12:25
**instructed (1)**
25:9
**interactions (2)**
15:12,16
**interrupt (1)**
6:6
**into (1)**
10:2
**involved (4)**
7:14;14:21;28:21;
29:1
**involvement (2)**
14:2;35:2
**issued (1)**
23:3

**J**

**jail (6)**
14:10;15:7,14,23;
16:2;33:21
**January (3)**
31:25;32:11;34:13
**judge (4)**
14:9;27:20;29:20;

Case 1:21-cv-00067-LAG   Document 15-9   Filed 05/16/22   Page 14 of 17

| Dashawn Gervin vs.<br>Pamela Florence, et al. | | | | Tandria Milton<br>April 12, 2022 |

32:19
**judge's (1)**
  18:18
**Judicial (3)**
  16:8,14;22:13
**July (4)**
  10:11;24:10;32:6,10
**jury (2)**
  7:12,13
**justice (2)**
  8:7;25:8

**K**

**keeps (1)**
  29:23
**kind (4)**
  6:5;8:3;14:22;34:17
**kinds (1)**
  9:6
**knowing (1)**
  29:6
**knowledge (1)**
  28:3

**L**

**labeled (1)**
  18:15
**last (3)**
  19:18;25:19;30:21
**lastly (1)**
  7:2
**later (5)**
  20:23,24,24;24:12,
  14
**latest (1)**
  31:24
**Laura (3)**
  4:16;13:6,8
**lawsuit (2)**
  5:15;28:18
**leave (2)**
  9:9,25
**leaving (1)**
  9:24
**left (3)**
  9:23;20:6;34:18
**LEMMON (2)**
  4:4;35:17
**Leon (2)**
  8:24;9:15
**list (2)**
  19:19,22
**little (2)**
  5:3;27:10
**live (2)**
  7:16,19
**LONES (3)**
  4:17;35:12,16
**long (3)**
  5:9;6:23;7:1
**longer (1)**

8:13
**look (12)**
  13:12,15;20:9;22:23;
  23:1;24:18;25:24;
  28:15;30:10;31:1,15;
  33:24
**looked (3)**
  13:7;19:4;29:8
**looking (10)**
  14:19;20:19;23:19,
  20;26:11,12;29:3,8;
  30:23;34:6
**looks (18)**
  13:23;18:14,19,20;
  21:2;24:9,24;25:4,25;
  26:19;28:16;29:18;
  31:8,9,17,24;32:3;
  33:17
**loud (1)**
  6:1

**M**

**making (1)**
  11:21
**March (2)**
  9:16,17
**mark (2)**
  16:22;29:16
**marked (8)**
  16:24;19:25;20:4;
  22:3,7;24:1,5;29:12
**math (1)**
  32:7
**matter (1)**
  4:7
**may (8)**
  13:6;20:20;26:23;
  28:2,2;33:11,15;34:11
**maybe (2)**
  30:19;33:5
**McLendon (1)**
  26:20
**mean (4)**
  13:19,20;14:13;31:7
**means (1)**
  7:6
**meant (1)**
  30:23
**meet (2)**
  25:12,20
**memory (1)**
  7:3
**met (2)**
  15:8;26:4
**Middle (1)**
  4:9
**might (1)**
  23:17
**miles (1)**
  7:16
**Milton (8)**
  4:7,20,25;25:11;

33:17,19,22;35:13
**minute (2)**
  15:12;26:8
**mistake (1)**
  17:25
**misunderstood (1)**
  30:11
**Mitchell (3)**
  15:7,13;16:2
**modification (3)**
  18:17;21:24;23:14
**Modification/Revocation (3)**
  16:19;22:19;32:4
**modified (1)**
  17:22
**months (2)**
  31:25;32:5
**more (2)**
  6:12;32:24
**mouse (1)**
  27:9
**moved (1)**
  10:4
**much (2)**
  5:11,11
**multiple (2)**
  9:6;15:21

**N**

**name (3)**
  4:25;24:10;25:25
**necessarily (1)**
  21:22
**need (2)**
  4:13;35:4
**needs (1)**
  17:20
**negative (1)**
  6:3
**next (3)**
  25:13,25;30:25
**nine (2)**
  29:5;31:19
**nobody (1)**
  20:8
**normal (1)**
  6:6
**North (2)**
  7:22;33:10
**note (1)**
  25:6
**notes (7)**
  23:24;24:7,18,23;
  25:2;26:13;27:14
**notice (2)**
  4:10;17:10
**notified (1)**
  14:7
**nowadays (1)**
  8:14

**O**

**objections (1)**
  4:14
**obligation (2)**
  11:12;30:7
**Obviously (2)**
  24:6;28:19
**October (1)**
  32:20
**off (10)**
  5:2;13:24;19:2;
  20:11;23:4;32:9;34:13,
  15,16;35:17
**offered (2)**
  14:13;27:1
**offering (1)**
  28:12
**office (7)**
  15:24,25;20:25;
  21:18;25:7,10;30:8
**officer (10)**
  5:20;8:14,15;9:4,8;
  10:22;11:4;12:9;20:12;
  35:7
**officers (6)**
  9:7;11:8,11,20;12:3;
  17:19
**old (1)**
  20:14
**one (11)**
  6:9;12:22;15:20,22;
  26:11;28:22;31:6,6,18;
  33:6;34:23
**only (7)**
  6:9;11:20;18:7;
  20:12,15,17;30:14
**Order (3)**
  29:17;32:14;34:8
**orders (2)**
  21:2;32:19
**original (5)**
  17:1;20:1;22:4;24:2;
  29:14
**other's (1)**
  6:7
**out (24)**
  6:1;10:3;12:4,9;
  15:3;16:4,8,9;17:4,19,
  21,24;18:6;19:10,15;
  21:23;22:24;23:2;
  26:10;30:6,12;33:22;
  34:20,23
**outline (2)**
  28:6,12
**over (3)**
  15:24;27:11;31:21

**P**

**packets (1)**
  21:1

**page (4)**
  18:16,19;19:18;
  27:17
**pages (2)**
  18:15;31:9
**Paragraph (1)**
  23:8
**part (1)**
  30:12
**party (1)**
  5:15
**past (1)**
  9:12
**Pat (1)**
  26:20
**pending (2)**
  4:8;17:8
**people (2)**
  7:14;21:3
**permissible (1)**
  4:11
**person (1)**
  30:7
**perspective (1)**
  14:3
**petition (10)**
  13:20;14:8,9,10;
  16:18;21:23;22:19;
  23:14;24:11;32:4
**petition/ (1)**
  23:22
**photo (1)**
  25:9
**picked (2)**
  33:11,12
**place (3)**
  23:16;27:10,13
**placed (2)**
  14:6;27:18
**plaintiff (1)**
  5:16
**Plaintiff's (9)**
  16:24;19:24;22:2,7;
  23:8,25;24:5;29:12,17
**plea (2)**
  28:24;29:7
**pleasant (1)**
  5:4
**please (4)**
  4:18;25:16,19;35:15
**point (1)**
  26:2
**points (1)**
  6:5
**policy (2)**
  22:22,25
**Popeyes (1)**
  9:18
**pops (1)**
  7:4
**Portal (6)**
  20:15,17,22;21:7,13,
  16

**posed (2)**
6:24;26:8
**position (1)**
9:9
**possibly (2)**
16:6;23:3
**prepare (3)**
13:3;28:6;29:4
**prepared (1)**
28:17
**preprinted (1)**
29:19
**preserved (1)**
4:15
**presumably (1)**
16:9
**previous (1)**
7:8
**previously (5)**
19:24;20:4;22:2,6;
23:25
**principals (1)**
11:4
**prior (6)**
15:6;18:11;23:22;
28:7,8,12
**prison (1)**
10:22
**probably (1)**
5:23
**probation (63)**
5:20;8:14,15;9:4,7;
11:3,7,8,11,13,19;12:3,
4,4,5,9,9,10;13:17,19;
14:4,14,23;15:3,6,11,
23;16:13,19;17:11,14,
18;20:12;22:14,15,16;
25:5,10;26:18;27:2,18,
19,23;28:13,21;29:17,
20,22,23;30:2,6;31:19,
21;32:9,19,22,25;
33:13;34:12,13,15,17;
35:7
**probation/pretrial (1)**
9:8
**probation/revocation (1)**
26:10
**probationer (4)**
11:19;12:5,10;17:10
**probationer's (1)**
23:4
**Proceedings (1)**
35:21
**produced (1)**
23:12
**prohibits (1)**
12:3
**provisions (1)**
12:24
**Public (1)**
26:19
**purposes (1)**
4:11

**pursuant (2)**
4:10;22:22
**put (6)**
19:6,10,21;23:24;
31:5;32:11

**Q**

**quick (1)**
5:24

**R**

**range (1)**
32:5
**rather (1)**
6:2
**read (3)**
23:24;35:16,19
**reading (3)**
26:13;31:12;35:14
**realize (1)**
17:25
**really (2)**
15:17,18
**reason (2)**
7:11;9:24
**reasonably (2)**
11:20,24
**recall (3)**
14:16;15:17;28:9
**recognize (1)**
22:9
**recollection (3)**
26:3,24;31:12
**record (2)**
4:4;35:17
**referring (2)**
24:7,19
**refresh (1)**
26:3
**reinstated (1)**
30:6
**relatives (1)**
7:16
**release (2)**
15:13;16:13
**released (2)**
16:2;25:7
**rely (1)**
12:24
**remember (13)**
7:4;10:10;15:1,18;
18:9;21:22;22:25;23:4;
24:8,20;25:21;26:14;
33:20
**repeat (2)**
25:15,19
**report (2)**
25:9;30:7
**reported (1)**
25:7
**reporter (7)**

6:8;25:15,18;26:21;
28:16,25;35:14
**reports (1)**
11:21
**represent (2)**
5:1;28:18
**request (1)**
30:14
**requesting (1)**
34:7
**requests (1)**
32:18
**requires (1)**
11:19
**research (2)**
13:7;23:21
**reserved (1)**
35:20
**result (1)**
34:12
**return (1)**
22:13
**review (3)**
18:12;21:6,9
**reviewed (2)**
21:19;22:18
**revocation (23)**
12:10;13:18,19;
14:14,17,23;15:3,7,11;
18:17;21:1,24;22:24;
23:3,14,23;24:15;25:5;
26:18;27:2;28:13;
29:17;30:2
**revocations (2)**
11:7;12:4
**Richardson (2)**
26:19;27:17
**right (34)**
5:6,22,25;7:10;10:6,
21,25;13:2,23;18:1;
19:14;22:16;23:5;
24:22;26:7,7,16,17;
27:5,7,12;28:4,6,23;
29:10,11;31:15,19;
32:1;33:7,16,24;35:1,
19
**ring (1)**
14:20
**rules (2)**
4:12;5:24
**run (1)**
5:24

**S**

**sake (1)**
6:8
**same (4)**
6:10;24:13;25:2,4
**school (1)**
8:1
**science (2)**
8:5,7

**scrap (1)**
28:22
**screen (1)**
16:20
**Scribe (2)**
20:14,15
**scrolling (1)**
27:16
**second (5)**
11:16;18:19;28:22;
33:6,8
**secretary (1)**
34:20
**seeing (1)**
21:16
**seek (1)**
22:24
**seems (1)**
11:14
**send (1)**
34:20
**sends (1)**
21:2
**sense (1)**
23:1
**sent (2)**
28:7;34:23
**sentence (30)**
12:14,18;16:7;20:22;
21:6,6,9,13,15,17,20;
22:8,10,12,23;23:2,4,9,
13,17,19;26:12;29:8;
30:22;31:16,17,18;
32:15;34:7,9
**sentenced (3)**
27:25;30:10;31:22
**sentences (1)**
6:8
**sentencing (5)**
12:24;27:20;30:17,
24;31:2
**served (2)**
14:10;17:5
**service (1)**
18:20
**serving (1)**
15:6
**setting (1)**
15:10
**seven- (1)**
5:10
**shaking (1)**
6:3
**shifting (1)**
31:9
**shorter (1)**
5:11
**show (10)**
14:18;16:17;20:3;
22:6;24:4;26:17;28:23;
29:16;31:7;33:5
**showing (1)**
33:10

**sign (2)**
35:16,20
**signature (4)**
18:17,18,21,22
**signed (2)**
13:20;14:9
**signing (2)**
23:22;35:14
**someone (2)**
29:19;34:16
**sometimes (2)**
28:11,14
**sorry (1)**
34:4
**sort (7)**
10:1;11:1,3,4;14:2;
24:24;25:3
**sound (2)**
32:1;33:16
**sounds (4)**
4:17;5:5,22;32:8
**South (2)**
22:13;30:8
**Southern (2)**
16:8,14
**speak (1)**
25:10
**speaking (1)**
14:16
**specific (2)**
26:24;31:12
**specifically (1)**
23:10
**split (1)**
31:18
**spreadsheet (3)**
24:6,24;25:24
**spring (1)**
34:2
**start (3)**
9:14;10:6,8
**started (1)**
10:14
**starting (1)**
31:19
**state (5)**
4:21;8:9,21;10:22;
33:12
**statement (1)**
13:17
**statements (1)**
20:9
**States (1)**
12:2
**stay (1)**
16:8
**staying (1)**
16:14
**still (1)**
34:11
**stipulations (1)**
4:13
**stop (1)**

6:7
**strokes (1)**
    14:2
**stuff (1)**
    26:16
**subject (3)**
    25:7,8,9
**submit (1)**
    28:11
**submitted (2)**
    18:11;24:12
**substance (1)**
    13:11
**summer (1)**
    34:2
**supervise (1)**
    11:12
**Supervision (8)**
    9:6,10;10:16,17;
    11:19;14:5,22;20:13
**supervisor (3)**
    14:8;15:2;18:12
**sure (17)**
    5:14;7:13;10:13;
    12:6;16:5,6;19:12;
    21:14;23:18;24:21;
    25:1,20;27:20,25;
    30:22;31:5;35:3
**swear (1)**
    4:18
**swore (2)**
    19:10,15
**sworn (1)**
    4:21
**system (10)**
    8:16,17;10:22;20:14,
    15,16,18;21:7,13,16

**T**

**talk (1)**
    5:3
**talked (1)**
    17:17
**talking (6)**
    5:7;6:9;13:4;17:4;
    25:2;26:11
**Tallahassee (4)**
    7:21;9:1,21;10:4
**Tandria (2)**
    4:7,20
**telephone (1)**
    15:24
**ten (2)**
    31:18,22
**terms (2)**
    29:19,22
**testified (4)**
    4:22;5:18;28:20;
    30:3
**testify (1)**
    27:5
**testimony (5)**
    14:14;27:1;28:7,12,
    12
**Thanks (2)**
    27:7;33:7
**though (1)**
    6:25
**three (1)**
    26:13
**timeframe (1)**
    33:15
**timeframes (1)**
    25:22
**title (1)**
    9:3
**titles (1)**
    9:7
**today (2)**
    5:3;13:3
**together (2)**
    19:10,21
**told (1)**
    14:8
**tolled (4)**
    32:19,20,23;34:9
**tolling (5)**
    32:13,14,15;34:7,12
**took (2)**
    23:2;27:10
**top (2)**
    23:5;25:6
**total (1)**
    31:17
**town (2)**
    16:4,9
**transcript (19)**
    13:21,22;14:18;17:1;
    20:1;22:4;24:2;26:18;
    28:16,20,24;29:4,14;
    30:10,16,23;31:1,12;
    35:20
**transcripts (1)**
    30:15
**trial (1)**
    7:12
**truth (1)**
    4:21
**try (2)**
    5:12;6:9
**trying (1)**
    35:1
**turn (1)**
    13:24
**turned (1)**
    30:6
**two (6)**
    7:17;26:12;32:5,9,
    10,10

**U**

**Uh-Uh (1)**
    6:2
**under (3)**
    4:11;20:12;23:8
**understood (1)**
    6:18
**United (1)**
    12:2
**unless (2)**
    12:25;27:20
**unsupervised (1)**
    26:2
**unsure (2)**
    30:9,13
**up (9)**
    7:4,22;9:14;10:7;
    25:6;31:5;33:11,11,12
**Updated (1)**
    25:8
**uploaded (1)**
    20:22
**use (1)**
    11:20

**V**

**version (3)**
    18:6,7,7
**via (1)**
    29:1
**video (4)**
    4:4;5:25;29:1;35:17
**violated (4)**
    16:13;18:25;29:19,
    22
**violation (4)**
    15:3;17:15;18:25;
    33:13
**violations (2)**
    17:11;19:2

**W**

**Wake (1)**
    33:10
**Walton (1)**
    9:22
**warrant (10)**
    12:10;19:3,5,6,9,15;
    22:24;23:2,20;26:12
**warrants (2)**
    11:7;12:4
**way (4)**
    5:12;12:7;16:4;29:6
**week (1)**
    24:12
**weeks (1)**
    24:14
**weren't (2)**
    30:22;31:1
**what's (1)**
    22:6
**whole (3)**
    15:17,18;21:1
**windup (1)**
    21:5
**wise (1)**
    23:22
**within (1)**
    7:16
**without (1)**
    30:23
**witness (7)**
    4:19;13:17;19:19,21;
    26:22;27:1;35:19
**words (1)**
    6:1
**work (7)**
    5:19;8:13,19;9:17;
    20:14,15;35:7
**worked (3)**
    9:18;10:18;20:17
**Worsley (1)**
    20:20
**wrote (1)**
    19:1

**Y**

**year (5)**
    7:25;10:12;19:12;
    27:11;31:18
**years (12)**
    25:23;29:5,5;31:18,
    19,22;32:5,9,10,10,23,
    24

**Z**

**Zack (1)**
    4:25

**1**

**1:21-67 (1)**
    4:8
**10 (2)**
    19:24;20:4
**10:08 (1)**
    4:5
**11:07 (2)**
    35:18,21
**12 (3)**
    18:16;23:25;24:5
**13 (1)**
    34:6
**14 (3)**
    16:23,24;23:8
**15 (3)**
    18:16;29:12,17
**150 (1)**
    7:16
**16 (1)**
    10:13
**17th (1)**
    24:10

**2**

**2008 (1)**
    8:2
**2012 (6)**
    19:10;28:1,25;29:7;
    31:6,8
**2014 (3)**
    32:20;34:8,9
**2015 (1)**
    10:13
**2019 (17)**
    16:14;21:10,13;
    24:10,14;27:13;30:3;
    31:6,13;32:6,10,21;
    33:5,11,15;34:2,10
**2021 (9)**
    9:12;20:5,20;27:10;
    28:17;29:4;30:17;31:2,
    10
**2022 (3)**
    31:25;32:11;34:14
**27 (1)**
    32:5
**2nd (1)**
    27:10

**3**

**3 (1)**
    23:8

**4**

**4 (3)**
    18:25;22:2,7
**4:05 (1)**
    25:7
**4th (1)**
    31:25

**5**

**5th (1)**
    20:20

**6**

**6 (1)**
    19:1

**7**

**7th (2)**
    9:16;24:14

**8**

**8/7/2019 (1)**
    25:5
**8/8 (1)**
    25:25
**8/8/19 (1)**
    25:10

**9**

9:30 (1)
25:10