**PLAINTIFF'S EXHIBIT NO. 14**
SMS 4/12/22

PO

Time Remaining: 2 years, 4 months, 27 days

## PETITION FOR MODIFICATION/REVOCATION OF PROBATION

FILED IN OFFICE
MITCHELL COUNTY GEORGIA

2019 JUL 24 PM 2:09

ADAYNA S. GROOME
CLERK OF SUPERIOR COURT

STATE OF GEORGIA
VS
Dashawn Gervin

Superior Court of Mitchell County
Docket No. 11R152
GDC#: 1000768716
SID#: 4079207H

Now comes Tandria Milton, DCS Officer, in the name and behalf of the State of Georgia, and bring this action against Dashawn Gervin, hereinafter called the Defendant, and shows:

I

That the Defendant entered a plea of guilty to the offense of <u>Criminal Attempt to Commit Burglary</u> in the October Term of <u>2011</u>.

II

That this Court on the <u>4th</u> day of <u>January, 2012</u> did sentence the Defendant to serve as follows: <u>10 Years, 12 months to serve</u>.

III

That this Court, by proper order, however, permitted the Defendant to serve said sentence on probation, the terms and conditions of which are fully set forth in the copy of said sentence which is attached hereto, marked as Exhibit "A", and specifically incorporated herein.

IV

That the Defendant has violated the terms and conditions of probation in the following particulars: <u>See Exhibit B</u>:

V

WHEREFORE, the State of Georgia prays that the citation for revocation of probation be served on the Defendant and that the Defendant be directed to appear before this Court on a day to be fixed by the Court and at that time to show cause why probation should not be revoked.

This <u>16th</u> day of <u>July 2019</u>.

_____
Tandria Milton

### ORDER

Having read and considered the foregoing petition, it is hereby ordered that the Defendant be served with a copy of same and that the Defendant show cause before me on the <u>7th</u> day of <u>August</u> at <u>Mitchell</u> County Court at <u>10:00</u> why said probation should not be modified/revoked.

So ordered this <u>18th</u> day of <u>July</u>, 20<u>19</u>.

_____
Judge: Heather H. Lanier
South Georgia Judicial

Time Remaining: 2 years, 4 months, 27 days

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing petition upon the Defendant in Person.

This 23rd day of July, 2019.

_____
Community Supervision Officer, South Georgia Circuit

## ACKNOWLEDGEMENT

I hereby acknowledge service of the foregoing petition. I further acknowledge I am aware that I may employ legal representation at said hearing and that if I am indigent, I have the right to representation at the hearing by the Circuit Public Defender or to be represented otherwise as the Court may direct.

This 23 day of July, 2019

_____
Defendant

**WHEREAS,** pursuant to notice given to the Defendant, a full hearing was conducted by this Court on the date aforesaid in accordance with O.C.G.A. 42-8-38, 17-10-1(a)(3)(A) and the Court has adjudged that the terms of probation had been violated as set forth in the following particulars: _____

_____

_____

☐ Technical violation of probation conditions    ☐ New non-violent misdemeanor offense

And Revocation/Modification is thereof limited in accordance with O.C.G.A. 17-10-1(a)(3)(A) to a Community Corrections Alternative or County Jail.

------ OR ------

☐ New violent misdemeanor offense, or    ☐ New felony offense,
☐ Serious infraction of rules or regulations in a Community Corrections facility, or
☐ Violation of Special Condition of Probation so worded and ordered at initial sentencing.
☐ Violation of Special Condition of Probation ordered at a Revocation Hearing or by Waiver/Consent.

And the Defendant is therefore eligible in accordance with O.C.G.A. 42-8-38, 17-10-1(a)(3)(A) for Revocation/Modification of sentence to Prison, or a Community Corrections Division Alternative, or County Jail.

**NOW, THEREFORE,** is it ordered and adjudged that the probation provisions in said original sentence be: (Check) ☐ Revoked in accordance with O.C.G.A. 428-38, 17-10-1(a)(3)(A) and the Defendant is hereby to required to serve _____ year(s), _____ month(s) _____ day(s) **Indicate:** In the County Jail, County Correctional Institution, State Penal System, or such other place as the Court may direct; Or (Check) ☐ **Continued on probation** subject to the further provision that: _____

_____

_____

ORDERED this the _____ day of _____, 20_____.

Presiding Judge: _____
Judicial Circuit: South Georgia

The State Vs Dashawn Gervin
11R152
Page 1 of 3

Time Remaining: 2 years, 4 months, 27 days

## PETITION FOR MODIFICATION/REVOCATION OF PROBATION
### Exhibit B:

| | |
|---|---|
| STATE OF GEORGIA | Superior Court of Mitchell County |
| VS | Docket No. 11R152 |
| Dashawn Gervin | GDC#: 1000768716 |
| | SID#: 4079207H |

Count I:
The Probationer has violated the terms and conditions of said Probation in that as of the 20th day of January, 2012, said Probationer has failed to report to the Camilla DCS Office. Current whereabouts were unknown. This is a violation of general condition #4: Report to the Probation supervisor as directed and permit such supervisor to visit him at home or elsewhere

Count II:
This Probationer has violated the terms and conditions of said Probation in that as of the 20th day of January, 2012, said Probationer moved without permission from his Officer and his current whereabouts were unknown. This is a violation of general condition #6: Do not change his present place of abode, move outside the jurisdiction of the Court, or leave the state for any period of time without prior permission of the Probation Supervisor.

**STATE**
**V.**
**Dashawn Gervin**
**CASE #11R152**

**WITNESS LIST**
Tandria Milton
Community Supervision Officer
Department of Community Supervision
Camilla, Ga