REORDER #08-1836          CLYDE CASTLEBERRY CO., COVINGTON, GA 30014

**FINAL DISPOSITION**

THE SUPERIOR COURT OF __Mitchell__ COUNTY, GEORGIA    **FINAL DISPOSITION**

CRIMINAL ACTION NO. __11-R-152__

OFFENSE(S) __Criminal attempt to Commit Burglary__

THE STATE
vs.
__Deshawn Derwin__

OTN: __88381568030__

__October__ TERM, 20 __11__

**PLEA:** ☑ NEGOTIATED  ☑ GUILTY ON COUNT(S) __1__  ☐ NOLO CONTENDERE ON COUNT(S) ____  ☐ TO LESSER INCLUDED OFFENSE(S)

☐ JURY  ☑ NON-JURY

**VERDICT:** ☐ GUILTY ON COUNT(S) ____  ☐ NOT GUILTY ON COUNT(S) ____  ☐ GUILTY OF INCLUDED OFFENSE(S) OF ____ ON COUNT(S) ____

**OTHER DISPOSITION:** ☐ NOLLE PROSEQUI ORDER ON COUNT(S) ____  ☐ DEAD DOCKET ORDER ON COUNT(S) ____

(SEE SEPARATE ORDER)

☐ DEFENDANT WAS ADVISED OF HIS/HER RIGHT TO HAVE THIS SENTENCE REVIEWED BY THE SUPERIOR COURTS SENTENCE REVIEW PANEL.
☑ PURSUANT TO OCGA SECTION 9-14-42 YOU ARE HEREBY ADVISED THAT THE "PERIODS OF LIMITATION" FOR THE FILING OF HABEAS CORPUS ACTIONS ARE ONE YEAR FOR MISDEMEANOR CONVICTIONS AND FOUR YEARS FOR FELONY CONVICTIONS.

☑ **FELONY SENTENCE**    ☐ **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of __10 years__ in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law, HOWEVER, it is further ordered by the Court:

☑ 1) THAT the above sentence may be served on probation PROVIDED that the said defendant complies with the following general and other conditions and special conditions on page 2 herein imposed by the Court as part of this sentencing.

☑ 2) THAT upon service of __12 months__ of the above sentence, the remainder of __9 years__ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions and special conditions on page 2 herein imposed by the Court as part of this sentencing. __Do not return to So. Ga Judicial Circuit during Probation__

**GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
☐ 1) Do not violate the criminal laws of any governmental unit.
☐ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☐ 3) Avoid persons or places of disreputable or harmful character.
☐ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him (her) at home or elsewhere.
☐ 5) Work faithfully at suitable employment insofar as may be possible.
☐ 6) Do not change his (her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☐ 7) Support his (her) legal dependants to the best of his (her) ability.
☐ 8) Submit to evaluations and testing relating to rehabilitation and participate in and successfully complete rehabilitation programming as directed by the Probation Department

**OTHER CONDITIONS OF PROBATION**

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of $_____, pay restitution in the amount of $_____ and pay Court Costs in the amount of $_____.

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition of probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

The defendant was represented by the Honorable __Ernie Sheffield__, Attorney at Law, _____ County, by (Employment) (Appointment).

By the Court __January 4__, 20 __12__

DA __Mike Garrett__    CR __Pat Brewer__    PO __Mattie Barnes__

So ordered this __4__ day of __January__, 20 __12__.

Judge, __Mitchell__ Superior Court
__A. Wallace Cato__

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _____ day of _____, 20 ____.

_____ Probation Officer

Copy received and instructions regarding conditions acknowledged.
This _____ day of _____, 20 ____.

_____ Probationer

GEORGIA, MITCHELL COUNTY                    scanned
IN THE SUPERIOR COURT OF SAID COUNTY

The Grand Jurors selected, chosen and sworn for the County of Mitchell to wit:

| | |
|---|---|
| 1. Larry C. Frosteg, Foreman | 13. Patricia J. Thompson |
| 2. Derrick Cantrell Silas, Clerk | 14. Wilmadean Facison |
| 3. Cynthia Sims Bostick | 15. Cassardra L. Byrd |
| 4. Oliver Ann Mitchell | 16. Benjamin F. Robinson, II |
| 5. Oscar L. Clayton | 17. Lure Maxine Jenkins |
| 6. Ronnie Lee Jackson | 18. W. C. Gilbert |
| 7. Teddy C. Godwin | 19. M. J. Eubanks |
| 8. William C. Carden | 20. |
| 9. | 21. Jimmy F. Pollock |
| 10. | 22. Curtis O'Neal Moore |
| 11. Howard J. Scarbrough | 23. Phyllis J. Henry |
| 12. | |

### Count 1

In the name and behalf of the citizens of Georgia, charge and accuse **DESHAWN GERVIN** with the offense of **Criminal Attempt To Commit Burglary** for that the said accused, on or about the 29th day of August, 2011, in Mitchell County, Georgia, then and there did knowingly and intentionally attempt to commit the crime of burglary at 85 Broad Street, Camilla a business belonging to Laura Vann, in violation of Code section 16-7-1 of the Official Code of Georgia, in that the said accused did kick into a door an act which constitute a substantial step toward the commission of said crime, contrary to the laws of said State, the good order, peace and dignity thereof.

Indictment prepared by:

JOSEPH K. MULHOLLAND
District Attorney
PO Drawer 1870
Bainbridge, GA 39818
Telephone: 229-246-1823

**Witnesses for the State**

Vernon Nobles

---

**PLEA**

The Defendant Deshawn Gervin waives indictment by Grand Jury, notice of arraignment, and agrees for the Judge to pass on all questions of law and fact and on being formally arraigned, pleads _guilty_ this _4th_ day of _January_, 20_12_.

_[signature]_
Defendant

_[signature]_
Attorney for Defendant

JOSEPH K. MULHOLLAND - District Attorney

---

No. 11-R-152

**SUPERIOR COURT
MITCHELL COUNTY
STATE OF GEORGIA
OCTOBER TERM, 2011**

vs.

DESHAWN GERVIN

Ct. 1 Criminal Attempt To Commit Burglary (O.C.G.A. § 16-4-1)

True Bill

_[signature]_
Foreperson

_[signature]_
Joseph K. Mulholland
District Attorney

Vernon Nobles
Prosecutor

**INDICTMENT**

Received in Open Court from the sworn Grand Jury Bailiff, and filed in office this _24_ day of _October_, 2011.

_[signature]_
Aulyna B. Brown
Clerk, Superior Court

---

**ARRAIGNMENT**

The Defendant Deshawn Gervin

Waive _____ formal arraignment.

Plead not guilty.

This _18_ day of _November_ 20_11_.

_[signature]_
Defendant

_[signature]_
Attorney for Defendant

JOSEPH K. MULHOLLAND - District Attorney

---

**VERDICT**

We, the Jury, find the Defendant Deshawn Gervin

This _____ day of _____, 20 _____.

_____
Foreperson