
IN THE SUPERIOR COURT OF MITCHELL COUNTY
STATE OF GEORGIA

STATE OF GEORGIA,

vs.

DESHAWN GERVIN,

    Defendant.
_____/

CASE NUMBER: 11-R-152

FILED IN OFFICE
CLERK OF SUPERIOR COURT
MITCHELL COUNTY, GEORGIA
3/16/2021
ADAYNA B. BROOME

PROBATION REVOCATION HEARING
BEFORE THE HONORABLE HEATHER H. LANIER, SUPERIOR COURT JUDGE
ON TUESDAY, FEBRUARY 2, 2021
AT THE MITCHELL COUNTY JAIL
(VIA VIDEOCONFERENCE)

APPEARANCES

FOR THE STATE:

    CHRISTOPHER RICHARDSON, ASSISTANT DISTRICT ATTORNEY
    Post Office Box 1870
    Bainbridge, Georgia 39818-1870

FOR THE DEFENDANT:

    TRE MCLENDON, PUBLIC DEFENDER
    Post Office Box 1045
    Bainbridge, Georgia 39818-1045

REPORTED BY:

    PATRICIA MURPHY BREWER, CCR
    Certificate Number B-832

PATRICIA MURPHY BREWER, CCR
POST OFFICE BOX 15171
TALLAHASSEE, FLORIDA 32317-5171

## INDEX

| ITEM: | PAGE: |
|---|---|
| PROCEEDINGS COMMENCED | 3 |
| STATE RESTS | 6 |
| DEFENSE RESTS | 6 |
| CERTIFICATE OF REPORTER | 9 |

WITNESS:

TANDRIA MILTON
    Direct Examination By Mr. Richardson    3
    Cross-Examination By Mr. McLendon    4
    Redirect Examination By Mr. Richardson    5

PROCEEDINGS

MR. RICHARDSON: Your Honor, this is Case Number 11-R-152, the State of Georgia versus Deshawn Gervin. Mr. Gervin is alleged to have violated his probation by failing to report as directed and changing his place of abode without permission. It's my understanding that this is a full hearing.

MR. McLENDON: Yeah.

THE COURT: Okay. Ready when y'all are.

MR. McLENDON: Your Honor, do you want to proceed with this or do you want any kind of opening remarks?

THE COURT: That's totally up to y'all.

MR. RICHARDSON: I think that we can just get into the evidence.

MR. McLENDON: Sure. Go ahead.

MR. RICHARDSON: I call Officer Milton.

THEREUPON,

TANDRIA MILTON

was called as a witness, and after being first duly sworn, was examined and testified as follows:

DIRECT EXAMINATION

BY MR. RICHARDSON:

Q   Officer Milton, when was Mr. Gervin placed on probation?

A   January 4th, 2012.

1    Q    And since that time, did he ever report?
2    A    No.
3    Q    And did -- was the Probation office able to locate
4 his place of abode during the times since he was placed on
5 probation?
6    A    No, we were not.
7    Q    What steps were taken to locate him?
8    A    Officers went to the last-known residence and he
9 wasn't there. There were several phone calls made to his
10 grandmother, aunt, and his dad, and no one could get in contact
11 with him.
12   Q    And when he was placed on probation, was he made
13 aware of his conditions of probation?
14   A    I'm not sure, unless the judge said it when
15 sentencing.
16        MR. RICHARDSON: No further questions, Your Honor.
17        THE COURT: Mr. McLendon?
18                       CROSS-EXAMINATION
19 BY MR. McLENDON:
20   Q    Ms. Milton, can you identify what I have marked as
21 D-1?
22   A    It's the sentence disposition.
23   Q    Okay. Can you tell what the sentence was for
24 Mr. Gervin from the top part?
25   A    Ten years' probation, 12 months to serve.

4

1  Q    All right. Is there anything else written in?
2  A    Do not return to the South Georgia Judicial Circuit
3  during probation.
4  Q    Below that, when it talks about conditions of
5  probation, were there any conditions marked?
6  A    No.
7  Q    To report, to give address, to do anything, was
8  anything like that noted on the sentence form?
9  A    No.
10     MR. McLENDON: Nothing further, Judge.
11                    REDIRECT EXAMINATION
12 BY MR. RICHARDSON:
13 Q    And, Officer Milton, what should Mr. Gervin have done
14 despite being banished?
15 A    He could have called or he --
16     MR. McLENDON: Objection, Judge. What he should have
17 done versus what he was ordered to.
18     THE COURT: Overruled.
19 A    Mr. Gervin could have called once released. He could
20 have reported to the office, even if he didn't know what the
21 address was, he could have looked online to find it if he
22 wasn't informed of the address. He knew he had probation.
23 Q    And, Officer Milton, which judge sentenced
24 Mr. Gervin?
25 A    Judge Cato.

5

```
 1    MR. RICHARDSON: She is with the Court, Your Honor.
 2    MR. McLENDON: I have no further questions.
 3    THE COURT: All right. Anything else from the State.
 4    MR. RICHARDSON: No, Your Honor. State rests.
 5    (STATE RESTS.)
 6    THE COURT: Anything from the Defense?
 7    MR. McLENDON: No, Judge. Just argument.
 8    THE COURT: Okay. Defense rests.
 9    (DEFENSE RESTS.)
10    THE COURT: Any argument from the State.
11    MR. RICHARDSON: Yes, Your Honor. It's uncontested
12 that Mr. Gervin did not report during the time that he was
13 on probation. It's uncontested that he changed his place
14 of abode without permission of the probation office. And
15 as the Court knows, Judge Cato always, always read the
16 conditions of probation from the bench. And Mr. Gervin
17 was well -- because of that, Mr. Gervin would be well
18 aware of what his conditions were when he was sentenced.
19    THE COURT: Mr. McLendon?
20    MR. McLENDON: Your Honor, Mr. Gervin was
21 incarcerated here at the Mitchell County Justice Center,
22 as the records would indicate. He was actually released
23 from custody here at the Mitchell County Justice Center,
24 driven to Albany to the Greyhound bus station, and was
25 escorted by a deputy until he boarded a bus to leave the
```

1  South Georgia Circuit.
2  There has been no evidence that Mr. Gervin returned
3  to the South Georgia Circuit, which is the only condition
4  of Mr. Gervin's sentence, that Mr. Gervin was arrested in
5  Raleigh, North Carolina, and brought back for this
6  probation revocation. As just on the sentence from this
7  court, Judge, there is nothing on here indicating that he
8  was to report or to make the probation department aware
9  his address, or anything to that effect, other than he was
10 just not to return to the South Georgia Judicial Circuit.
11 And he's not done that. He has no connection here,
12 no ties here. He's only here because, again, Mr. Gervin
13 was brought back from North Carolina for this offense.
14 So we're asking that this probation petition be
15 terminated, Mr. Gervin be allowed to return to North
16 Carolina and continue his banishment from the South
17 Georgia Circuit.
18 THE COURT: First of all, both of you were arguing
19 stuff that is not in evidence. From what I can consider,
20 there is nothing. No transcript was tendered of the
21 proceedings, the sentence.
22 MR. McLENDON: Judge, I'd tender this.
23 THE COURT: Well, the evidence is closed and it
24 wasn't tendered, so I have nothing from no one.
25 So it's the State's burden, the State didn't meet

```
 1    their burden.  He's not found in violation.  He is
 2    remitted back to probation supervision under whatever
 3    conditions were imposed in 2012.
 4          So, sir, you still have two years, four months, and
 5    27 days remaining on this sentence; do you understand?
 6          THE DEFENDANT:  Yes, ma'am.
 7          THE COURT:  All right.  You're remitted back to
 8    probation.
 9          MR. McLENDON:  Your Honor, in the way of getting him
10    out of this circuit, can the sheriff's office at least
11    take him to the bus station?
12          THE COURT:  That's between him and the sheriff's
13    department.  I don't have any control over that.
14          So, Mr. Gervin, once you get out, it appears that you
15    still have a probation condition to leave this circuit.
16    But you'll have to take that up with the sheriff's
17    department.
18          All right.  Good luck to you, sir.
19          MR. RICHARDSON:  Thank you, Your Honor.
20          (THEREUPON, the hearing was concluded at 10:20 a.m.)
21
22
23
24
25
```

8

```
 1                    CERTIFICATE OF REPORTER

 2   STATE OF FLORIDA:
     COUNTY OF LEON   :
 3
              I, PATRICIA MURPHY BREWER, Court Reporter,
 4   certify that the foregoing is a true and correct transcript of
     the proceedings taken down by me in the case aforesaid.  The
 5   exhibits attached hereto, if any, are copies of documentary
     evidence only and the physical evidence remains in the custody
 6   of the Clerk. This certification is expressly withdrawn and
     denied upon the disassembly or photocopying of the foregoing
 7   transcript or any part thereof, including exhibits, unless said
     disassembly or photocopying is done by the official undersigned
 8   court reporter and original seal and signature attached hereto.

 9          Dated this 16th day of March, 2021.

10

11

12                                  _Patricia M. Brewer_____
13                                  PATRICIA M. BREWER, CCR
                                    Certificate Number B-832
14

15

16   *************************************************************

17   GEORGIA, MITCHELL COUNTY

18
              I, ADAYNA BROOME, CLERK OF MITCHELL COUNTY SUPERIOR
19   COURT, do hereby certify that the within and foregoing
     TRANSCRIPT is the original copy filed in this office.
20
              Given under my hand and official seal this  16  day
21   of _____March_____, 20_21_.

22

23

24                                  _Adayna Broome_____
                                    ADAYNA BROOME, CLERK
25                                  MITCHELL COUNTY SUPERIOR COURT
                                                              9
```