## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

|  |  |  |
|---|---|---|
| DESHAWN GERVIN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:21-CV-67 (LAG) |
| | : | |
| PAMELA FLORENCE, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Before the Court is Defendants' Motion to File Proposed Voir Dire Question Out of Time. (Doc. 32). Therein, Defendants seek to file an out-of-time proposed voir dire ahead of the pretrial hearing scheduled for April 2, 2026. (*Id.* at 1). Defendants proposed voir dire was due by March 5, 2026, pursuant to the Court's Scheduling Order. (Doc. 28). Defendants represent that "counsel inadvertently failed to immediately calendar the date for submission . . . in part due to preparing for a trial in February[.]" (Doc. 32 at 1). Defendants further represent that the "request is not made for purposes of delay." (*Id.*). Plaintiff responded on March 10, 2026, indicating that he does not oppose the motion. (Doc. 33).

Accordingly, Defendants' Motion to File Proposed Voir Dire Question Out of Time (Doc. 32) is **GRANTED** and Defendants' Voir Dire Questions 1–15 (Doc. 32-1) are deemed timely filed.

**SO ORDERED**, this 31st day of March, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**