## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

DESHAWN GERVIN,                          :
                                         :
    Plaintiff,                           :
                                         :
v.                                       :    CASE NO.: 1:21-CV-67 (LAG)
                                         :
PAMELA FLORENCE and TANDRIA :
MILTON,                                  :
                                         :
    Defendants.                          :
_____ :

### VERDICT FORM

1.  As to Defendant **Pamela Florence**, we, the Jury, find, by a preponderance of the evidence, that **Pamela Florence** caused Plaintiff Deshawn Gervin to be seized in violation of the Fourth Amendment to the Constitution of the United States.

    Yes ✓    No _____

2.  As to Defendant **Tandria Milton**, we, the Jury, find from a preponderance of the evidence that **Tandria Milton** caused Plaintiff Deshawn Gervin to be seized in violation of the Fourth Amendment to the Constitution of the United States.

    Yes ✓    No _____

**SO SAY WE ALL**, this __6th__ day of May, 2026.

1

We concur:

2