IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

DESHAWN GERVIN,

     Plaintiff,

v.

PAMELA FLORENCE and TANDRIA
MILTON,

     Defendants.

    CASE NO.: 1:21-CV-67 (LAG)

## VERDICT FORM

**A.** As to Defendant **Pamela Florence**, we the Jury, having found that Defendant **Pamela Florence** caused Plaintiff Deshawn Gervin to be illegally seized, consider the following questions and find:

1. Do you find that Plaintiff Deshawn Gervin should be awarded only nominal damages against Defendant **Pamela Florence**?

    Yes __X__    No _____

*If your answer is "Yes," then Plaintiff Deshawn Gervin will be awarded $1.00, and you should go to Question 3. If you answer "No," you should go to Question 2.*

2. Do you find that Plaintiff Deshawn Gervin should be awarded compensatory damages against **Pamela Florence**?

    Yes _____    No _____

    If your answer is "Yes," in what amount? $ _____

3. Do you find, by a preponderance of the evidence, that Defendant **Pamela Florence** acted with malice or reckless indifference to Plaintiff Deshawn Gervin's federally protected rights and that punitive damages should be assessed against Defendant **Pamela Florence**?

    Yes __X__    No _____

    If your answer is "Yes," in what amount? $ __5,000__

1

**B.** As to Defendant **Tandria Milton**, we the Jury, having found that Defendant **Tandria Milton** caused Plaintiff Deshawn Gervin to be illegally seized, consider the following questions and find:

1. Do you find that Plaintiff Deshawn Gervin should be awarded only nominal damages against Defendant **Tandria Milton**?

   Yes ✗    No _____

   *If your answer is "Yes," then Plaintiff Deshawn Gervin will be awarded $1.00, and you should go to Question 3. If you answer "No," you should go to Question 2.*

2. Do you find that Plaintiff Deshawn Gervin should be awarded compensatory damages against **Tandria Milton**?

   Yes _____    No _____

   If your answer is "Yes," in what amount? $ _____

3. Do you find from a preponderance of the evidence that Defendant **Tandria Milton** acted with malice or reckless indifference to Plaintiff Deshawn Gervin's federally protected rights and that punitive damages should be assessed against Defendant **Tandria Milton**?

   Yes ✗    No _____

   If your answer is "Yes," in what amount? $ 2,500

**SO SAY WE ALL**, this ___6___ day of May, 2026.

2

We concur: