IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

DESHAWN GERVIN,                                    *

                 Plaintiff,                         *

v.                                                    Case No. 1:21-CV-67 (LAG)

                               *

PAMELA FLORENCE and TANDRIA
MILTON,                                            *

             Defendants.                        *

_____

## J U D G M E N T

Pursuant to the jury verdict dated May 6, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff against Defendant Pamela Florence in the amount of $5,000.00 and in favor of Plaintiff against Defendant Tandria Milton in the amount of $2,500.00. These amounts shall accrue interest from the date of entry of judgment at the rate of 3.72 % per annum until paid in full. Plaintiff shall also recover costs of this action.

This 8th day of May, 2026.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk